Supplemental Agreement No. 7 to
Lease No. DACW03-1-70-886

CORPORATE CERTIFICATE

I, Bess Hester, certify that I am the Secretary of the corporation named as lessee herein; that Gerald Vaden, who signed this supplemental agreement on behalf of the corporation was then Division Vice President - Finance of said corporation; that said supplemental agreement was duly signed for and on behalf of said corporation by authority of its governing body and is within the scope of its corporate powers.

THE FIRST PYRAMID LIFE INSURANCE COMPANY OF AMERICA

BY: Bess Hester

TITLE: Secretary

ATTEST:

Treasurer

EDEN ISLE ENTERPRISES, INC. (Assignee)

BY: Jim P. Briggs

ITS: President

CORPORATE CERTIFICATE

I, Lula Ann Smith, certify that I am the Secretary of the corporation named as lessee herein; that James P. Briggs, who signed this supplemental agreement on behalf of the corporation was then President of said corporation; that said supplemental agreement was duly signed for and on behalf of said corporation by authority of its governing body and is within the scope of its corporate powers.

EDEN ISLE ENTERPRISES, INC.

BY: Lula Ann Smith

TITLE: Secretary

#8

DEPARTMENT OF THE ARMY
LITTLE ROCK DISTRICT, CORPS OF ENGINEERS
POST OFFICE BOX 867
LITTLE ROCK, ARKANSAS 72203

REPLY TO
ATTENTION OF

SWLRE-M

110.8 & 110.9

5 August 1982

Mr. James P. Briggs, President
Eden Isle Enterprises, Inc.
P. O. Box 8900
Heber Springs, Arkansas 72543

Dear Mr. Briggs:

Inclosed for your retention is a fully executed copy of Supplemental Agreement No. 8 to Lease No. DACW03-1-70-886, Greers Ferry Lake. Also inclosed is a supply of the revised Statement of Gross Income forms.

Sincerely,

CHARLES E. BURCHAM
Chief, Real Estate Division

2 Incls
As stated

SUPPLEMENTAL AGREEMENT NO. 8
TO
LEASE NO. DACW03-1-70-886
GREERS FERRY LAKE

THIS SUPPLEMENTAL AGREEMENT NO. 8, made between the Secretary of the Army, of the first part, and Eden Isle Enterprises, Inc., party of the second part, WITNESSETH THAT:

WHEREAS, the Secretary of the Army entered into a lease identified as Lease No. DACW03-1-70-886, and hereinafter referred to as the lease, with The First Pyramid Life Insurance Company of America, Inc. for a term of 18 years and 10 months, beginning 1 January 1970, covering premises designated as the Eden Isle Boat Dock lease site for commercial concession purposes; and

WHEREAS, by Supplemental Agreement No. 1, effective 1 January 1971, the lease was transferred to the Downtowner Corporation (DOWNTOWNER); and

WHEREAS, by Supplemental Agreement No. 2, effective 23 April 1973, the lease was transferred to The First Pyramid Life Insurance Company of America, Inc.; and

WHEREAS, by Supplemental Agreement No. 3, effective 1 December 1977, the term of the lease was extended to 31 December 1994; and

WHEREAS, by Supplemental Agreement No. 4, effective 15 July 1978, the lease was amended to provide for the installation and operation of a marine sanitary station in the lease area; and

WHEREAS, by Supplemental Agreement No. 5, effective 1 October 1980, the lease was amended to provide for rental credit of 3.5 cents per gallon of gasoline sold and Exhibit "D" was revised through 31 December 1981 and subsequently extended through 31 March 1982; and

WHEREAS, by Supplemental Agreement No. 6, effective 20 November 1980, the lease area was increased and Exhibit "A" revised; and

WHEREAS, by Supplemental Agreement No. 7, effective 31 December 1980, the lease was transferred from The First Pyramid Life Insurance Company of American, Inc. to Eden Isle Enterprises, Inc.; and

WHEREAS, the party of the second part desires to modify the lease rental; and

WHEREAS, it is necessary to revise Conditions 2 and 5, add Conditions 29, 30 and 31, and revise Exhibits "B" and "D" to the lease; and

WHEREAS, revising Conditions 2 and 5, adding Conditions 29, 30, and 31, and revising Exhibits "B" and "D" will not be detrimental to the interests of the United States,

NOW, THEREFORE, the aforesaid lease as amended is hereby further amended in the following respects and in these respects only, all other terms and conditions remaining in full force and effect;

Supplemental Agreement No. 8
to Lease No. DACW03-1-70-886
Greers Ferry Lake

1. Condition 2d is deleted and the following is substituted therefor:

"d. As part of the annual rental, the lessee shall pay a fixed minimum rental payable semiannually on 1 January and 1 July of each year, based on an adjustment of the monetary amount of the Gross Fixed Assets pertaining to structures (not equipment) by applying the Composite Construction Cost Index (CCCI) to the cost of the structures. The fixed minimum rental for Calendar Year 1982 shall be $4,000.00 based on application of the CCCI through Calendar Year 1980. The fixed minimum rental for subsequent years will be based on the application of the CCCI for the preceding year and will increase or decrease in accordance with the following schedule:

FIXED MINIMUM RENTAL

| Gross Fixed Assets | Annual Payment |
|---|---|
| $150,000 to 200,000 | $1,200 |
| 200,001 to 250,000 | 1,500 |
| 250,001 to 300,000 | 1,800 |
| 300,001 to 400,000 | 2,000 |
| 400,001 to 500,000 | 2,500 |
| 500,001 to 600,000 | 3,000 |
| 600,001 to 700,000 | 3,500 |
| Over $700,000 | 4,000 |

The fixed minimum rental, while not refundable, will be offset against rental resulting from computations set out in Conditions 2a, b and c above."

2. Condition 5 is deleted and the following is substituted therefor:

"The rates and prices charged by the lessee for accommodations, food (except packaged goods), and services furnished or sold to the general public shall be reasonable and comparable to rates charged for similar goods or services to others in the community and on Greers Ferry Lake and current rate schedules will be posted in a conspicuous place on the premises. The Government shall have the right to review such rates and prices and require an increase or reduction where it finds the objective of this condition has been violated."

3. Condition 29 is added:

"29. a. Notwithstanding the provisions of Condition 2, the gross receipts from the sales of boats, launches, cruisers, or other type floating craft and motors of the lessee shall not be taken into consideration in computing the graduated rental; instead, such sales shall be treated separately and the lessee shall pay to the United States, as a part of the rental, one percent (1%) of the gross receipts from such sales resulting from the lessee or any subsidiary doing business at the Greers Ferry project regardless of whether the boats sold were displayed on the leased premises. In determining gross receipts, the full contract price less any allownace for a trade-in shall apply in each sale transaction. The lessee will report these receipts in the category of 'boat and motor sales' on or before the tenth (10th) day of the month following the rental period. The amount of commission received from the sale of boats for the account of others will be reported as income for graduated rental computations in accordance with Condition 2. All boat and motor sales which are incident to the operation of the lessee or where the leased premises have been used as a showcase relative to the sale shall be reported by the lessee.

b. The lessee shall maintain complete and accurate records of all receipts in the category of 'boat and motor sales' separate and apart from other records as the District Engineer deems necessary to adequately reflect the boat and motor sales operation conducted by the lessee or his subsidiary at the project. All accounts and records of the lessee involving boat and motor sales will be subject to inspection and audit at any convenient time by the District Engineer or his duly authorized representatives.

c. The cost of the lessee's fixed assets, or an appropriate proportion thereof, which contribute solely to the production of 'boat and motor sales' income shall not be included in the Gross Fixed Assets for graduated rental computations."

4. Condition 30 is added:

"30. In addition to the right of revocation previously stated, the District Engineer will notify the lessee of any hazardous conditions within the area covered by the lease which would present immediate danger to life or property. If the condition is not corrected within the time specified by the District Engineer, the District Engineer will have the option to (1) correct the hazardous conditions and collect the cost of repairs from the lessee, or (2) suspend the lessee's use of the premises or the lessee's operation where the hazardous condition exists until such condition is corrected, or (3) immediately terminate the lease. If the lease is terminated under (3) above, the lessee will have an additional 30 days to remove his personal property from the concession site. The lessee will be obligated to pay rental, notwithstanding any interruption or suspension of his activities, as may be required under (1) and (2) above."

5. Condition 31 is added:

"31. That the District Engineer will impose a charge, the amount to be determined by law or regulation, on late payment of rent or other payments due under this lease for each 30-day period that the payment is overdue. The full late charge will also be applicable to periods of less than 30 days."

6. Exhibit "B", revised 10 March 1978, is deleted and the attached Exhibit "B", revised 1 June 1982, is substituted therefor.

7. Exhibit "D" is deleted and the attached Exhibit "D", revised 1 January 1982, is substituted therefor.

IT IS UNDERSTOOD AND AGREED that the effective date of this supplemental agreement is 1 January 1982.

IN WITNESS WHEREOF, I have hereunto set my hand by authority of the Secretary of the Army this 4th day of August, 1982.

Charles E. Burcham

CHARLES E. BURCHAM
Chief, Real Estate Division

THIS SUPPLEMENTAL AGREEMENT NO. 8 is executed by the lessee this 26th day of July, 1982.

ATTEST:

Jack Dow, Manager, Red Apple Inn

Keith S. Begg - Accounting, Red Apple Inn

EDEN ISLE ENTERPRISES, INC.

BY: James P. Bragg
JAMES P. BRIGG, President

CORPORATE CERTIFICATE

I, Margie Lancaster, certify that I am the Asst. Secretary of the corporation named herein; that James P. Briggs, who signed this supplemental agreement on behalf of the corporation was then President of the corporation; that said supplemental agreement was duly signed for and in behalf of said corporation by authority of its governing body, and is within the scope of its corporate powers.

(CORPORATE SEAL)

Margie Lancaster

Assistant Secretary
(Title)

EXHIBIT "B"

Revised Supp. #10

Supplemental Agreemental No. 8
to Lease No. DACW03-1-70-886
Greers Ferry Lake

Facility Requirements. The facilities and services required to be provided by the lessee during the term of this lease are:

| Item | Number |
|---|---|
| Sales office and restrooms | 1 |
| Dock A, party barge dock, 18 stalls, open | 1 |
| Dock B, boat storage dock, 26 stalls, covered | 1 |
| Dock C, boat storage dock, 10 stalls, covered | 1 |
| Dock D, boat storage dock, 10 double stalls, covered | 1 |
| Dock E, party barge dock, 9 stalls, open | 1 |
| Dock F, party barge dock, 10 stalls, open | 1 |
| Dock G, boat storage dock, 20 single stalls, covered | 1 |
| Dock H, boat storage dock, 20 single stalls, covered | 1 |
| Dock I, boat storage dock, 20 single stalls, covered | 1 |
| Dock J, boat storage dock, 30 single stalls, covered | 1 |
| Dock JJ, boat storage dock, 36 single stalls, covered, and sailboat storage dock, 8 stalls, open | 1 |
| Dock K, boat storage dock, 10 single stalls, covered | 1 |
| Dock L, boat storage dock, 20 single stalls, covered | 1 |
| Dock M, sailboat storage dock, 10 stalls open | 1 |
| Storage dock | 1 |
| Dry storage building, 82 stalls | 1 |
| Fish cleaning dock | 1 |
| Rental boats, 24' party barge | 4 |
| Rental boat, 36' party barge | 1 |
| Rental boat, ski, model V156 | 1 |
| Rental boats, fishing | 8 |
| Rental motors, 85 HP Mercury | 2 |
| Rental motor, 98 HP Mercury | 1 |
| Rental motor, 94 HP Mercury | 1 |
| Rental motors, 20 HP Mercury | 2 |
| Rental motor, 65 HP Mercury | 1 |
| Rental motor, 25 HP Evenrude | 1 |
| Boat paddles and miscellaneous operating equipment | |
| Breakwater | 1 |
| Parking lot and roads | |

| | |
|---|---|
| Nonequipment GFA | $1,114,770.00 |
| Equipment GFA | 9,192.00 |
| Total | 1,123,962.00 |

Revised 1 June 1982
Effective 1 January 1982

Exhibit "B"

Gross Fixed Assets

"29. a. Notwithstanding the provisions of Condition 2, the gross receipts from the sales of boats, launches, cruisers, or other type floating craft and motors of the lessee shall not be taken into consideration in computing the graduated rental; instead, such sales shall be treated separately and the lessee shall pay to the United States, as a part of the rental, one percent (1%) of the gross receipts from such sales resulting from the lessee or any subsidiary doing business at the Greers Ferry project regardless of whether the boats sold were displayed on the leased premises. In determining gross receipts, the full contract price less any allownace for a trade-in shall apply in each sale transaction. The lessee will report these receipts in the category of 'boat and motor sales' on or before the tenth (10th) day of the month following the rental period. The amount of commission received from the sale of boats for the account of others will be reported as income for graduated rental computations in accordance with Condition 2. All boat and motor sales which are incident to the operation of the lessee or where the leased premises have been used as a showcase relative to the sale shall be reported by the lessee.

b. The lessee shall maintain complete and accurate records of all receipts in the category of 'boat and motor sales' separate and apart from other records as the District Engineer deems necessary to adequately reflect the boat and motor sales operation conducted by the lessee or his subsidiary at the project. All accounts and records of the lessee involving boat and motor sales will be subject to inspection and audit at any convenient time by the District Engineer or his duly authorized representatives.

c. The cost of the lessee's fixed assets, or an appropriate proportion thereof, which contribute solely to the production of 'boat and motor sales' income shall not be included in the Gross Fixed Assets for graduated rental computations."

4. Condition 30 is added:

"30. In addition to the right of revocation previously stated, the District Engineer will notify the lessee of any hazardous conditions within the area covered by the lease which would present immediate danger to life or property. If the condition is not corrected within the time specified by the District Engineer, the District Engineer will have the option to (1) correct the hazardous conditions and collect the cost of repairs from the lessee, or (2) suspend the lessee's use of the premises or the lessee's operation where the hazardous condition exists until such condition is corrected, or (3) immediately terminate the lease. If the lease is terminated under (3) above, the lessee will have an additional 30 days to remove his personal property from the concession site. The lessee will be obligated to pay rental, notwithstanding any interruption or suspension of his activities, as may be required under (1) and (2) above."

Supplemental Agreement No. 8
to Lease No. DACW03-1-70-886
Greers Ferry Lake

5. Condition 31 is added:

"31. That the District Engineer will impose a charge, the amount to be determined by law or regulation, on late payment of rent or other payments due under this lease for each 30-day period that the payment is overdue. The full late charge will also be applicable to periods of less than 30 days."

6. Exhibit "B", revised 10 March 1978, is deleted and the attached Exhibit "B", revised 1 June 1982, is substituted therefor.

7. Exhibit "D" is deleted and the attached Exhibit "D", revised 1 January 1982, is substituted therefor.

IT IS UNDERSTOOD AND AGREED that the effective date of this supplemental agreement is 1 January 1982.

IN WITNESS WHEREOF, I have hereunto set my hand by authority of the Secretary of the Army this 4th day of August, 1982.

CHARLES E. BURCHAM
Chief, Real Estate Division

THIS SUPPLEMENTAL AGREEMENT NO. 8 is executed by the lessee this 26th day of July, 1982.

ATTEST: EDEN ISLE ENTERPRISES, INC.

Jack Dow, Manager, Red Apple Inn BY: James P. Briggs
JAMES P. BRIGG, President

Keith S. Beggs - Accounting, Red Apple Inn

CORPORATE CERTIFICATE

I, Margie Lancaster, certify that I am the Asst. Secretary of the corporation named herein; that James P. Briggs, who signed this supplemental agreement on behalf of the corporation was then President of the corporation; that said supplemental agreement was duly signed for and in behalf of said corporation by authority of its governing body, and is within the scope of its corporate powers.

(CORPORATE SEAL)

Margie Lancaster

Assistant Secretary
(Title)

EXHIBIT "B"

Supplemental Agreemental No. 8
to Lease No. DACW03-1-70-886
Greers Ferry Lake

Facility Requirements. The facilities and services required to be provided by the lessee during the term of this lease are:

| Item | Number |
|---|---|
| Sales office and restrooms | 1 |
| Dock A, party barge dock, 18 stalls, open | 1 |
| Dock B, boat storage dock, 26 stalls, covered | 1 |
| Dock C, boat storage dock, 10 stalls, covered | 1 |
| Dock D, boat storage dock, 10 double stalls, covered | 1 |
| Dock E, party barge dock, 9 stalls, open | 1 |
| Dock F, party barge dock, 10 stalls, open | 1 |
| Dock G, boat storage dock, 20 single stalls, covered | 1 |
| Dock H, boat storage dock, 20 single stalls, covered | 1 |
| Dock I, boat storage dock, 20 single stalls, covered | 1 |
| Dock J, boat storage dock, 30 single stalls, covered | 1 |
| Dock JJ, boat storage dock, 36 single stalls, covered, and sailboat storage dock, 8 stalls, open | 1 |
| Dock K, boat storage dock, 10 single stalls, covered | 1 |
| Dock L, boat storage dock, 20 single stalls, covered | 1 |
| Dock M, sailboat storage dock, 10 stalls open | 1 |
| Storage dock | 1 |
| Dry storage building, 82 stalls | 1 |
| Fish cleaning dock | 1 |
| Rental boats, 24' party barge | 4 |
| Rental boat, 36' party barge | 1 |
| Rental boat, ski, model V156 | 1 |
| Rental boats, fishing | 8 |
| Rental motors, 85 HP Mercury | 2 |
| Rental motor, 98 HP Mercury | 1 |
| Rental motor, 94 HP Mercury | 1 |
| Rental motors, 20 HP Mercury | 2 |
| Rental motor, 65 HP Mercury | 1 |
| Rental motor, 25 HP Evenrude | 1 |
| Boat paddles and miscellaneous operating equipment | |
| Breakwater | 1 |
| Parking lot and roads | |

| | |
|---|---|
| Nonequipment GFA | $1,114,770.00 |
| Equipment GFA | 9,192.00 |
| Total | 1,123,962.00 |

Revised 1 June 1982
Effective 1 January 1982

# STATEMENT OF GROSS INCOME

(Name of Lessee or Sublessee) (Lake)

Lease No.
For Period From ________ to ________

| SOURCE OF INCOME | AMOUNT | AMOUNT |
|---|---|---|
| Category 1 - Sales | | |
| 1. Gasoline and oil sales | $ | |
| 2. Live & artificial bait & tackle sales | $ | |
| 3. Food, candy, soft drinks, & tobacco sales (including restaurant & cafe sales) | $ | |
| 4. Sale of boat and motor parts, accessories, ski & swim equipment and misc. merchandise | $ | |
| 5. Other (designate source) | $ | |
| TOTAL CATEGORY 1 | | $ |
| Category 2 - Rents and Services | | |
| 1. Boat & motor rentals | $ | |
| 2. Boat & motor storage & related service | $ | |
| 3. Boat & motor repair service | $ | |
| 4. Commission on hunting & fishing licenses | $ | |
| 5. Rental of batteries, paddles, seat cushions, lights, fishing poles, etc. | $ | |
| 6. Overnight lodging rentals | $ | |
| 7. Other (designate source) | $ | |
| TOTAL CATEGORY 2 | | $ |
| TOTAL - CATEGORIES 1 and 2 (Gross income on which percentage payment is computed) | | $ |
| CATEGORY 3 - Sales of Boats and Motors | | $ |

EXHIBIT "D"

Revised 1 January 1982

#9

DEPARTMENT OF THE ARMY
LITTLE ROCK DISTRICT, CORPS OF ENGINEERS
POST OFFICE BOX 867
LITTLE ROCK, ARKANSAS 72203

REPLY TO
ATTENTION OF:

SWLRE-M

30 December 1982

Mr. James P. Briggs, President
Eden Isle Enterprises, Inc.
P. O. Box 8900
Heber Springs, Arkansas 72543

Dear Mr. Briggs:

Inclosed for your retention is a fully executed copy of Supplemental Agreement No. 9 to Lease No. DACW03-1-70-886, Greers Ferry Lake.

Sincerely,

CHARLES E. BURCHAM
Chief, Real Estate Division

1 Incl
As stated

Copy to [illegible]
1-3-83

DEPARTMENT OF THE ARMY
LITTLE ROCK DISTRICT, CORPS OF ENGINEERS
POST OFFICE BOX 867
LITTLE ROCK, ARKANSAS 72203

REPLY TO
ATTENTION OF:

378-5712

SWLRE-M

14 December 1982

Mr. James P. Briggs
President, Eden Isle Enterprises, Inc.
P.O. Box 8900
Heber Springs, Arkansas 72543

Dear Mr. Briggs:

Please refer to your lease, No. DACW03-1-70-886, for commercial concession purposes on Greers Ferry Lake.

Exhibit "B" to your lease has been revised to reflect the Composite Construction Cost Index adjustment for Calendar Year 1981. The total cost of income producing facilities has been increased from $1,123,962 to $1,201,996. This increase, effective 1 January 1983, will be reflected on the rental computation printout for January 1983.

#78,034

Please substitute the inclosed copy of Exhibit "B" for the one in your copy of the lease.

Sincerely,

William D DeBusk
for CHARLES E. BURCHAM
Chief, Real Estate Division

1 Incl
As stated

Original - Diane Sharp
CC: LuAnn Smith

Lease No. DACW03-1-70-886

Lake Greers Ferry

Site Eden Isle Boat Dock

Facility Requirements. The facilities and services required to be provided by the lessee during the term of this lease are:

| Item | Number |
|---|---|
| Sales office and restrooms | 1 |
| Dock A, party barge dock, 18 stalls, open | 1 |
| Dock B, boat storage dock, 26 stalls, covered | 1 |
| Dock C, boat storage dock, 10 stalls, covered | 1 |
| Dock D, boat storage dock, 10 double stalls, covered | 1 |
| Dock E, party barge dock, 9 stalls, open | 1 |
| Dock F, party barge dock, 10 stalls, open | 1 |
| Dock G, boat storage dock, 20 single stalls, covered | 1 |
| Dock H, boat storage dock, 20 single stalls, covered | 1 |
| Dock I, boat storage dock, 20 single stalls, covered | 1 |
| Dock J, boat storage dock, 30 single stalls, covered | 1 |
| Dock JJ, boat storage dock, 36 single stalls, covered, and sailboat storage dock, 8 stalls, open | 1 |
| Dock K, boat storage dock, 10 single stalls, covered | 1 |
| Dock L, boat storage dock, 20 single stalls, covered | 1 |
| Dock M, sailboat storage dock, 10 stalls, open | 1 |
| Storage dock | 1 |
| Dry storage building, 82 stalls | 1 |
| Fish cleaning dock | 1 |
| Rental boats, 24' party barge | 4 |
| Rental boat, 36' party barge | 1 |
| Rental boat, ski, model V156 | 1 |
| Rental boats, fishing | 8 |
| Rental motors, 85 HP Mercury | 2 |
| Rental motor, 98 HP Mercury | 1 |
| Rental motor, 94 HP Mercury | 1 |
| Rental motors, 20 HP Mercury | 2 |
| Rental motor, 65 HP Mercury | 1 |
| Rental motor, 25 HP Evinrude | 1 |
| Breakwater | 1 |
| Boat paddles and miscellaneous operating equipment | |
| Parking lot and roads | |

Nonequipment GFA $1,192,804.00
Equipment GFA $ 9,192.00

TOTAL $1,201,996.00

Revised 1 December 1982
Effective 1 January 1983

EXHIBIT "B"

SUPPLEMENTAL AGREEMENT NO. 9
TO
LEASE NO. DACW03-1-70-886

GREERS FERRY LAKE

Lease No. DACW03-1- 70-886 for the Eden Isle Boat Dock lease site, Greers Ferry Lake, as amended by Supplemental Agreement(s) No(s). 1 through 8 is hereby further amended in the following respect, and in this respect only, all other terms and conditions remaining the same:

The words "payable semiannually on January 1 and July 1 of each year" in Condition 2d are deleted and the words "payable quarterly on 1 January, 1 April, 1 July and 1 October of each year" are substituted therefor.

The effective date of this supplemental agreement is 1 January 1983.

IN WITNESS WHEREOF, I have hereunto set my hand by authority of the Secretary of the Army this 30th day of December 19 82.

CHARLES E. BURCHAM
Chief, Real Estate Division

THIS SUPPLEMENTAL AGREEMENT NO. 9 is executed by the lessee this 29th day of December 19 82.

WITNESS:

Margie Lancaster, Sec.

Eden Isle Enterprises, Inc.
(Address)

EDEN ISLE ENTERPRISES, INC.

BY: James P. Briggs
JAMES P. BRIGGS, President

CORPORATE CERTIFICATE

I, Maggie Lancaster, certify that I am the Asst. Secretary of the corporation named herein; that James P. Briggs, who signed this supplemental agreement on behalf of the corporation was then President of the corporation; that said supplemental agreement was duly signed for and in behalf of said corporation by authority of its governing body, and is within the scope of its corporate powers.

(CORPORATE SEAL)

Maggie Lancaster

Assistant Secretary
(Title)

#1

SUPPLEMENTAL AGREEMENT NO. 10
TO
LEASE NO. DACW03-1-70-886

GREERS FERRY LAKE

Lease No. DACW03-1-70-886 for the Eden Isle Boat Dock lease site, Greers Ferry Lake, as amended by Supplemental Agreement(s) No(s). 1 thru 9, is hereby further amended in the following respect and in this respect only, all other terms and conditions remaining the same:

Exhibit "B", revised December 1, 1982, is deleted and the attached Exhibit "B", revised December 7, 1983, to provide for the application of the CCCI for 1982 is substituted therefor.

The effective date of this supplemental agreement is January 1, 1984.

IN WITNESS WHEREOF, I have hereunto set my hand by authority of the Secretary of the Army this 20th day of December, 1983.

CHARLES E. BURCHAM
Chief, Real Estate Division

THIS SUPPLEMENTAL AGREEMENT NO. 10 is executed by the lessee(s) this 15th day of December, 1983.

ATTEST:
Margie Lancaster

EDEN ISLE ENTERPRISES, INC.
BY: James P. Briggs
James P. Briggs
TITLE: President

CORPORATE CERTIFICATE

I, Margie Lancaster, certify that I am the Asst. Secretary of the corporation named herein; that James P. Briggs, who signed this supplemental agreement on behalf of the corporation was then President of the corporation; that said supplemental agreement was duly signed for and in behalf of said corporation by authority of its governing body, and is within the scope of its corporate powers.

Margie Lancaster

Asst. Secretary, [illegible]

(Title)

(SEAL)

2/27/85

#11

DEPARTMENT OF THE ARMY
LITTLE ROCK DISTRICT, CORPS OF ENGINEERS
POST OFFICE BOX 867
LITTLE ROCK, ARKANSAS 72203-0867

REPLY TO
ATTENTION OF:

February 26, 1985

Real Estate Division

378-5712

Mr. James P. Briggs, President
Eden Isle Enterprises, Inc.
P. O. Box 8900
Heber Springs, Arkansas 72543

Dear Mr. Briggs:

Enclosed for your retention is a fully executed copy of Supplemental Agreement No. 11 to Lease No. DACW03-1-70-886, on Greers Ferry Lake.

Sincerely,

Charles E. Burcham
Chief, Real Estate Division

Enclosure

8-7 – Anthony Raegan – 11 and line doc agreement.

SUPPLEMENTAL AGREEMENT NO. 11
TO
LEASE NO. DACW03-1-70-886
GREERS FERRY LAKE

Lease No. DACW03-1-70-886 for the Eden Isle Boat Dock lease site, Greers Ferry Lake, as amended by Supplemental Agreements Nos. 1 thru 10 is hereby further amended in the following respect and in this respect only, all other terms and conditions remaining the same:

Exhibit "B" revised December 7, 1983, is deleted and the attached Exhibit "B" revised January 14, 1985, to provide for the application of the CCCI for 1983 is substituted therefor.

The effective date of this supplemental agreement is 1 January 1985.

IN WITNESS WHEREOF, I have hereunto set my hand by authority of the Secretary of the Army this 19th day of February, 1985.

CHARLES E. BURCHAM
Chief, Real Estate Division

THIS SUPPLEMENTAL AGREEMENT NO. 11 is executed by the lessee this 25th day of January, 1985.

ATTEST:

Margie L. Wynne

EDEN ISLE ENTERPRISES, INC.

BY: J. P. Briggs
James P. Briggs

TITLE: President

CORPORATE CERTIFICATE

I, Margie L. Wynne, certify that I am the secretary of the corporation named herein; that James P. Briggs who signed this supplemental agreement on behalf of the corporation was then President of the corporation; that said supplemental agreement was duly signed for and in behalf of said corporation by authority of its governing body, and is within the scope of its corporate powers.

(CORPORATE SEAL)

Margie L. Wynne

Asst. Secretary
(Title)

Lease No. DACW03-1-70-886

Lake Greers Ferry

Site Eden Isle Boat Dock

Facility Requirements. The facilities and services required to be provided by the lessee during the term of this lease are:

| Item | Number |
|---|---|
| Sales office and restrooms | 1 |
| Dock A, party barge dock, 18 stalls, open | 1 |
| Dock B, boat storage dock, 26 stalls, covered | 1 |
| Dock C, boat storage dock, 10 stalls, covered | 1 |
| Dock D, boat storage dock, 10 double stalls, covered | 1 |
| Dock E, party barge dock, 9 stalls, open | 1 |
| Dock F, party bargé dock, 10 stalls, open | 1 |
| Dock G, boat storage dock, 20 single stalls, covered | 1 |
| Dock H, boat storage dock, 20 single stalls, covered | 1 |
| Dock I, boat storage dock, 20 single stalls, covered | 1 |
| Dock J, boat storage dock, 30 single stalls, covered | 1 |
| Dock JJ, boat storage dock, 36 single stalls, covered, and sailboat storage dock, 8 stalls, open | 1 |
| Dock K, boat storage dock, 10 single stalls, covered | 1 |
| Dock L, boat storage dock, 20 single stalls, covered | 1 |
| Dock M, sailboat storage dock, 10 stalls, open | 1 |
| Storage dock | 1 |
| Dry storage building, 82 stalls | 1 |
| Fish cleaning dock | 1 |
| Rental boats, 24' party barge | 4 |
| Rental boat, 36' party barge | 1 |
| Rental boat, ski, model V156 | 1 |
| Rental boats, fishing | 8 |
| Rental motors, 85 HP Mercury | 2 |
| Rental motor, 98 HP Mercury | 1 |
| Rental motor, 94 HP Mercury | 1 |
| Rental motors, 20 HP Mercury | 2 |
| Rental motor, 65 HP Mercury | 1 |
| Rental motor, 25 HP Evinrude | 1 |
| Breakwater | 1 |
| Boat paddles and miscellaneous operating equipment | |
| Parking lot and roads | |

| | |
|---|---|
| Nonequipment GFA | $1,216,660.00 |
| Equipment GFA | $ 9,192.00 |
| TOTAL | $1,225,852.00 |

Revised December 7, 1983
Effective January 1, 1984

CCCI applied through 1982

EXHIBIT "B"

Lease No. DACW03-1-70-886

Lake Greers Ferry

Site Eden Isle Boat Dock

Facility Requirements. The facilities and services required to be provided by the lessee during the term of this lease are:

| Item | Number |
|---|---|
| Sales office and restrooms | 1 |
| Dock A, party barge dock, 18 stalls, open | 1 |
| Dock B, boat storage dock, 26 stalls, covered | 1 |
| Dock C, boat storage dock, 10 stalls, covered | 1 |
| Dock D, boat storage dock, 10 double stalls, covered | 1 |
| Dock E, party barge dock, 9 stalls, open | 1 |
| Dock F, party barge dock, 10 stalls, open | 1 |
| Dock G, boat storage dock, 20 single stalls, covered | 1 |
| Dock H, boat storage dock, 20 single stalls, covered | 1 |
| Dock I, boat storage dock, 20 single stalls, covered | 1 |
| Dock J, boat storage dock, 30 single stalls, covered | 1 |
| Dock JJ, boat storage dock, 36 single stalls, covered, and sailboat storage dock, 8 stalls, open | 1 |
| Dock K, boat storage dock, 10 single stalls, covered | 1 |
| Dock L, boat storage dock, 20 single stalls, covered | 1 |
| Dock M, sailboat storage dock, 10 stalls, open | 1 |
| Storage dock | 1 |
| Dry storage building, 82 stalls | 1 |
| Fish cleaning dock | 1 |
| Rental boats, 24' party barge | 4 |
| Rental boat, 36' party barge | 1 |
| Rental boat, ski, model V156 | 1 |
| Rental boats, fishing | 8 |
| Rental motors, 85 HP Mercury | 2 |
| Rental motor, 98 HP Mercury | 1 |
| Rental motor, 94 HP Mercury | 1 |
| Rental motors, 20 HP Mercury | 2 |
| Rental motor, 65 HP Mercury | 1 |
| Rental motor, 25 HP Evinrude | 1 |
| Breakwater | 1 |
| Boat paddles and miscellaneous operating equipment | |
| Parking lot and roads | |

Revised January 14, 1985
Effective January 1, 1985

| | |
|---|---|
| Nonequipment GFA | $1,228,827.00 |
| Equipment GFA | $ 9,192.00 |
| TOTAL | $1,238,019.00 |

CCCI applied through 1983

EXHIBIT "B"

# 12

SUPPLEMENTAL AGREEMENT NO. 12
TO
LEASE NO. DACW03-1-70-886
GREERS FERRY LAKE

Lease No. DACW03-1-70-886 for the Eden Isle Boat Dock lease site, Greers Ferry Lake, as amended by Supplemental Agreement Nos. 1 thru 11, is hereby further amended in the following respect and in this respect only, all other terms and conditions remaining the same:

Exhibit "B", revised January 14, 1985, is deleted and the attached Exhibit "B", revised June 8, 1986, providing for the application of the CCCI for 1984-85 is substituted therefor.

The effective date of this supplemental agreement is January 1, 1986.

IN WITNESS WHEREOF, I have hereunto set my hand by authority of the Secretary of the Army this ________ day of ________________, 1986.

SUPPLEMENTAL AGREEMENT NO. 12 NOT EXECUTED

THIS SUPPLEMENTAL AGREEMENT NO. 12 is executed by the lessee this _______ day of ________________, 1986.

ATTEST:

______________________________

______________________________
(Address)

EDEN ISLE ENTERPRISE, INC.

BY: ______________________________
James P. Briggs

TITLE: President

Supplemental Agreement No. 12 was not executed because the sale occurred at the same time, and Supplemental Agreement No. 13 deleted Exhibit "B", revised June 8, 1986, providing for the application of the CCI for 1984-85 and substituted Exhibit "B" revised July 19, 1986. (SEE S/A NO. 13)

SUPPLEMENTAL AGREEMENT NO. 13
TO
LEASE NO. DACW03-1-70-886
GREERS FERRY LAKE, ARKANSAS

THIS SUPPLEMENTAL AGREEMENT NO. 13, made between the Secretary of the Army, of the first part, and Eden Isle Enterprises, Inc. and the Red Apple Enterprises Limited Partnership, of the second part, WITNESSTH THAT:

WHEREAS, the Secretary of the Army entered into a lease, identified as Lease No. DACW03-1-70-886, with The First Pyramid Life Insurance Company of America, Inc. for a period of eighteen (18) years and ten (10) months beginning 1 January 1970, covering premises designated as the Eden Isle Boat Dock lease site for commercial concession purposes; and

WHEREAS, by Supplemental Agreement No. 1, effective January 1, 1971, the lease was transferred to the Downtowner Corporation (DOWNTOWNER); and

WHEREAS, by Supplemental Agreement No. 2, effective April 23, 1973, the lease was transferred to The First Pyramid Life Insurance Company of America, Inc.; and

WHEREAS, by Supplemental Agreement No. 3, effective December 1, 1977, the term of the lease was extended to 31 December 1994; and

WHEREAS, by Supplemental Agreement No. 4, effective July 15, 1978, the lease was amended to provide for the installation and operation of a marine sanitary station in the lease area; and

WHEREAS, by Supplemental Agreement No. 5, effective October 1, 1980, the lease was amended to provide for rental credit of 3.5 cents per gallon of gasoline sold and Exhibit "D" was revised; and

WHEREAS, by Supplemental Agreement No. 6, effective November 20, 1980, additional lands were added to the leased area; and