Supplemental Agreement No. 13 to
Lease No. DACW03-1-70-886
Greers Ferry Lake

WHEREAS, by Supplemental Agreement No. 7, effective December 31, 1980, the lease was transferred to Eden Isle Enterprises, Inc.; and

WHEREAS, by Supplemental Agreement No. 8, effective January 1, 1982, the lease was amended to revise Conditions 2 and 5, add Conditions 29, 30, and 31, and revise Exhibit "B" and "D" to the lease; and

WHEREAS, by Supplemental Agreement No. 9, effective January 1, 1983, the lease was amended to allow quarterly rental payments; and

WHEREAS, by Supplemental Agreement No. 10, effective January 1, 1984, Exhibit "B" to the lease was revised to reflect the application of the CCCI for Calender Year 1982; and

WHEREAS, by Supplemental Agreement No. 11, effective January 1, 1985, Exhibit "B" to the lease was revised to reflect the application of the CCCI for Calender Year 1983; and

WHEREAS, By Supplemental Agreement No. 12, effective January 1, 1986, Exhibit "B" to the lease was revised to reflect the application of the CCCI for Calender Years 1984-85; and

Supplemental Agreement No. 13 to
Lease No. DACW03-1-70-886
Greers Ferry Lake

WHEREAS, the parties of the second part have requested that the lease be transferred to The Red Apple Enterprises Limited Partnership and the term of the lease extended; and

WHEREAS, it is necessary to revise Exhibit "B"; and

WHEREAS, transferring the lease as requested, extending the term, and revising Exhibit "B" will not be detrimental to the interests of the United States,

NOW, THEREFORE, the aforesaid lease is hereby amended in the following respects and in these respects only, all other terms and conditions thereof remaining in full force and effect:

1. The name "Eden Isle Enterprises, Inc. is deleted and the name "Red Apple Enterprises Limited Partnership" is substituted therefor.

2. The term of the lease shown in the granting clause and previously extended by Supplemental Agreement No. 3 is hereby further extended to December 31, 2007.

3. Exhibit "B" revised June 8, 1986, is deleted and Exhibit "B" revised July 19, 1986, is substituted therefor.

IT IS UNDERSTOOD AND AGREED that the effective date of this Supplemental Agreement No. 13 is the 23rd day of May 1986.

IT IS FURTHER UNDERSTOOD AND AGREED that the aforesaid Red Apple Enterprises Limited Partnership, assignee hereunder, accepts all the terms and conditions of the lease and will assume all responsibility thereunder as of the effective date of assignment.

Supplemental Agreement No. 13 to
Lease No. DACW03-1-70-886
Greers Ferry Lake

IN WITNESS WHEREOF, I have hereunto set my hand by authority of the Secretary of the Army this 25th day of January, 1988.

WILLIAM D. DeBUSK
Chief, Real Estate Division

THIS SUPPLEMENTAL AGREEMENT NO. 13 is also executed by the assignor and the assignee this 15 day of January, 1988.

ATTEST:

700 HARRISON ST.
TOPEKA, KS 66636
(Address)

EDEN ISLE ENTERPRISES, INC.
(Assignor)

BY: Richard Ralston

TITLE: PRESIDENT

ATTEST:

2224 Cottondale Lane
Little Rock, Ar 72202
(Address)

RED APPLE ENTERPRISES LIMITED PARTNERSHIP (Assignee)

By: Urban Enterprises, Inc., General

BY: Clayton G. Irving

TITLE: President

CORPORATE CERTIFICATE

I, ROGER K. VIOLA, certify that I am the SECRETARY of the corporation named herein; that RICHARD ROBERTSON, who signed this supplemental agreement on behalf of the corporation was then PRESIDENT of said corporation, that said supplemental agreement was duly signed for and in behalf of said corporation by authority of its governing body, and is within the scope of its corporate powers.

(CORPORATE SEAL)

Roger K. Viola

Secretary

Title

PARTNERSHIP CERTIFICATE

I, Mike Felkins, certify that I am the Asst. Secretary of the General Partner of the partnership named herein; that Clayton G. Gring, who signed this supplemental agreement on behalf of the General Partner of the partnership was then President of said General Partner of the partnership; that said supplemental agreement was duly signed for and on behalf of the said partnership by authority of its governing body and is within the scope of its powers.

Mike Felkins

Assistant Secretary
Title

Lease No. DACW03-1-70-886
Greers Ferry Lake
Eden Isle Boat Dock

Facility Requirements. The facilities and services required to be provided by the lessee during the term of this lease are:

| ITEM | NUMBER |
|---|---|
| Sales office and restrooms | 1 |
| Dock A, party barge dock, 18 stalls, open | 1 |
| Dock B, boat storage dock, 26 stalls, covered | 1 |
| Dock C, boat storage dock, 10 stalls, covered | 1 |
| Dock D, boat storage dock, 10 double stalls, covered | 1 |
| Dock E, party barge dock, 9 stalls, open | 1 |
| Dock F, party barge dock, 10 stalls, open | 1 |
| Dock G, boat storage dock, 20 single stalls, covered | 1 |
| Dock H, boat storage dock, 20 single stalls, covered | 1 |
| Dock I, boat storage dock, 20 single stalls, covered | 1 |
| Dock J, boat storage dock, 30 single stalls, covered | 1 |
| Dock JJ, boat storage dock, 36 single stalls, covered, and sailboat storage dock, 8 stalls, open | 1 |
| Dock K, boat storage dock, 10 single stalls, covered | 1 |
| Dock L, boat storage dock, 20 single stalls, covered | 1 |
| Dock M, sailboat storage dock, 10 stalls, open | 1 |
| Storage dock | 1 |
| Dry storage building, 82 stalls | 1 |
| Fish cleaning dock | 1 |
| Rental boats, 24' party barge | 4 |
| Rental boat, 36' party barge | 1 |
| Rental boat, ski, model V156 | 1 |
| Rental boats, fishing | 8 |
| Rental motors, 85 hp Mercury | 2 |
| Rental motor, 98 hp Mercury | 1 |
| Rental motor, 94 hp Mercury | 1 |
| Rental motors, 20 hp Mercury | 2 |
| Rental motor, 65 hp Mercury | 1 |
| Rental motor, 25 hp Evinrude | 1 |
| Breakwater | 1 |
| Boat paddles and miscellaneous operating equipment | |
| Parking lot and roads | |

Revised July 19, 1986

| | |
|---|---|
| Nonequipment GFA | $1,220,000.00 |
| Equipment GFA | 60,000.00 |
| TOTAL | $1,280,000.00 |

EXHIBIT "B"

#14

DEPARTMENT OF THE ARMY
LITTLE ROCK DISTRICT, CORPS OF ENGINEERS
POST OFFICE BOX 867
LITTLE ROCK, ARKANSAS 72203-0867

REPLY TO ATTENTION OF

September 1, 1988

SEP - 2 1988

Real Estate Division

Mr. Clayton G. Gring
President, Red Apple Enterprises, Ltd.
2224 Cottondale Lane, Suite 100
Little Rock, Arkansas 72202

Dear Mr. Gring:

Enclosed for your retention is a fully executed copy of Supplemental Agreement No. 14 to Lease No. DACW03-1-70-886, Greers Ferry Lake.

Sincerely,

William D. DeBusk
William D. DeBusk
Chief, Real Estate Division

Enclosure

SUPPLEMENTAL AGREEMENT NO. 14
TO
LEASE NO. DACW03-1-70-886
GREERS FERRY LAKE

Lease No. DACW03-1-70-886 for the Eden Isle Boat Dock lease site, Greers Ferry Lake, as amended by Supplemental Agreements Nos. 1 thru 13, is hereby further amended in the following respect and in this respect only, all other terms and conditions remaining the same:

Exhibit "B", revised July 19, 1986, is deleted and the attached Exhibit "B", revised April 20, 1988, providing for the application of the CCCI for 1987 is substituted therefor.

The effective date of this supplemental agreement is January 1, 1988.

IN WITNESS WHEREOF, I have hereunto set my hand by authority of the Secretary of the Army this 2d day of August, 1988.

GERALD L. MEYER
Acting Chief, Real Estate Division

THIS SUPPLEMENTAL AGREEMENT NO. 14 is executed by the lessee this 15 day of July, 1988.

ATTEST:

2224 Cottondale Lane
Little Rock Ar 72202
(Address)

RED APPLE ENTERPRISES, LTD.
By: Urban Enterprises, Inc., General Partner
BY:
CLAYTON G. GRING, PRESIDENT

PARTNERSHIP CERTIFICATE

I, Mike Felkins, certify that I am the Assistant Secretary of the General Partner of the partnership named herein; that Clayton G. Gring, who signed this supplemental agreement on behalf of the General Partner of the partnership was then President of said General Partner of the partnership; that said supplemental agreement was duly signed for and on behalf of the said partnership by authority of its governing body and is within the scope of its powers.

Mike Felkins

Assistant Secretary
Title

Lease No. DACW03-1-70-886
Greers Ferry Lake
Eden Isle Boat Dock

Facility Requirements. The facilities and services required to be provided by the lessee during the term of this lease are:

| ITEM | NUMBER |
|---|---|
| Sales office and restrooms | 1 |
| Dock A, party barge dock, 18 slips, open | 1 |
| Dock B, boat storage dock, 26 slips, covered | 1 |
| Dock C, boat storage dock, 14 slips, covered | 1 |
| Dock D, boat storage dock, 10 double slips, covered | 1 |
| Dock E, sailboat dock, 16 slips, open | 1 |
| Dock F, sailboat dock, 24 slips, open | 1 |
| Dock G, boat storage dock, 20 single slips, covered | 1 |
| Dock H, boat storage dock, 20 single slips, covered | 1 |
| Dock I, boat storage dock, 20 single slips, covered | 1 |
| Dock J, boat storage dock, 30 single slips, covered | 1 |
| Dock JJ, boat storage dock, 32 single slips, covered, and sailboat storage dock, 8 slips, open | 1 |
| Dock K, boat storage dock, 10 single slips, covered | 1 |
| Dock L, boat storage dock, 20 single slips, covered | 1 |
| Dock M, sailboat storage dock, 10 slips, open | 1 |
| Dock MM, sailboat storage dock, 10 slips, open | 1 |
| Dock N, sailboat storage dock, 42 slips, open | 1 |
| Dock O, boat storage dock, 44 slips, covered | 1 |
| Storage building | 1 |
| Dry storage building | 1 |
| Fish cleaning dock | 1 |
| Rental boats, party barge with motor | 4 |
| Rental boats, ski, with motor | 2 |
| Breakwater | 2 |
| Miscellaneous operating equipment | |
| Parking lot and roads | |

Revised August 31, 1988
Effective January 1, 1988

| | |
|---|---|
| Nonequipment GFA | $1,532,305.00 |
| Equipment GFA | 58,800.00 |
| TOTAL | $1,591,105.00 |

CCCI applied through 1987

EXHIBIT "B"

#15

SUPPLEMENTAL AGREEMENT NO. 15
TO
LEASE NO. DACW03-1-70-886
GREERS FERRY LAKE

Lease No. DACW03-1-70-886 for the Eden Isle Boat Dock lease site, Greers Ferry Lake, as amended by Supplemental Agreements Nos. 1 through 14, is hereby further amended in the following respect and in this respect only, all other terms and conditions remaining the same:

Condition 32 is added:

32. Marine Dump Station

a. The marine dump station presently operated and maintained by the Government is hereby added to the terms of this lease. The lessee will therefore be responsible for the operation and maintenance of the station during its useful life. Useful life ends when cost to repair exceeds replacement costs.

b. The Government is hereby responsible for the disposal of the station upon a determination that its useful life has ended. The Government is not responsible for replacement.

The effective date of this supplemental agreement is October 16, 1989.

IN WITNESS WHEREOF, I have hereunto set my hand by authority of the Secretary of the Army this________day of____________, 1989.

THIS SUPPLEMENTAL AGREEMENT NO. 15 together with the provisions and conditions thereof is hereby accepted this_________day of ____________, 1989.

ATTEST:

RED APPLE ENTERPRISES
LIMITED PARTNERSHIP

By:____________________________

Title:__________________________

#16

DEPARTMENT OF THE ARMY
LITTLE ROCK DISTRICT, CORPS OF ENGINEERS
POST OFFICE BOX 867
LITTLE ROCK, ARKANSAS 72203-0867

REPLY TO
ATTENTION OF

April 17, 1990

Real Estate Division

Mr. Melvin Bell
Secretary
Red Apple Enterprises, Limited Partnership
P.O. Box 8900
Heber Springs, Arkansas 72543

Dear Mr. Bell:

Enclosed for your retention is a fully executed copy of Supplemental Agreement No. 16 to Lease No. DACW03-1-70-886, Greers Ferry Lake.

Sincerely,

Scotty D. May

Scotty D. May
Chief, Management and Disposal
Branch

Enclosure

SUPPLEMENTAL AGREEMENT NO. 16
TO
LEASE NO. DACW03-1-70-886
GREERS FERRY LAKE

Lease No. DACW03-1-70-886 for the Eden Isle Boat Dock lease site, Greers Ferry Lake, as amended by Supplemental Agreements Nos. 1 thru 15, is hereby further amended in the following respect and in this respect only, all other terms and conditions remaining the same:

Exhibit "B", revised August 31, 1988, is deleted and the attached Exhibit "B", revised November 29, 1989, providing for the application of the CCCI for 1988, and addition of a 48-slip boat dock is substituted therefor.

The effective date of this supplemental agreement is January 1, 1989.

IN WITNESS WHEREOF, I have hereunto set my hand by authority of the Secretary of the Army this 11th day of April, 1990.

William D. DeBusk

WILLIAM D. DeBUSK
Chief, Real Estate Division

THIS SUPPLEMENTAL AGREEMENT NO. 16 is executed by the lessee this 20 day of MARCH, 1990.

ATTEST:

RED APPLE ENTERPRISES, LTD.
PARTNERSHIP

BY: Melvyn Bell

TITLE: Sec. Urban Enterprises, Inc.

Lease No. DACW03-1-70-886
Greers Ferry Lake
Eden Isle Boat Dock

Facility Requirements. The facilities and services required to be provided by the lessee during the term of this lease are:

| ITEM | NUMBER |
|---|---|
| Sales office and restrooms | 1 |
| Dock A, party barge dock, 18 slips, open | 1 |
| Dock B, boat storage dock, 26 slips, covered | 1 |
| Dock C, boat storage dock, 14 slips, covered | 1 |
| Dock D, boat storage dock, 10 double slips, covered | 1 |
| Dock E, sailboat dock, 16 slips, open | 1 |
| Dock F, sailboat dock, 24 slips, open | 1 |
| Dock G, boat storage dock, 20 single slips, covered | 1 |
| Dock H, boat storage dock, 20 single slips, covered | 1 |
| Dock I, boat storage dock, 20 single slips, covered | 1 |
| Dock J, boat storage dock, 30 single slips, covered | 1 |
| Dock JJ, boat storage dock, 32 single slips, covered, and sailboat storage dock, 8 slips, open | 1 |
| Dock K, boat storage dock, 10 single slips, covered | 1 |
| Dock L, boat storage dock, 20 single slips, covered | 1 |
| Dock M, sailboat storage dock, 10 slips, open | 1 |
| ~~Dock MM, sailboat storage dock, 10 slips, open~~ | ~~1~~ |
| Dock N, sailboat storage dock, 42 slips, open | 1 |
| Dock O, boat storage dock, 44 slips, covered | 1 |
| Dock P, boat storage dock, 48 slips, covered | 1 |
| Storage building | 1 |
| Dry storage building | 1 |
| Fish cleaning dock | 1 |
| Rental boats, party barge with motor | 4 |
| Rental boats, ski, with motor | 2 |
| Breakwater | 2 |
| Miscellaneous operating equipment | |
| Parking lot and roads | |

412 slips

Revised November 29, 1989
Effective January 1, 1989

| | |
|---|---|
| Nonequipment GFA | ~~$1,683,825.00~~ 1,678,825.00 |
| Equipment GFA | 58,800.00 |
| TOTAL | ~~$1,741,825.00~~ 1,737,625.00 |

CCCI applied through 1988

EXHIBIT "B"

PARTNERSHIP CERTIFICATE

I, REED THOMPSON, certify that I am the ASST. SECRETARY of the General Partner of the partnership named herein; that MELVYN who signed this supplemental agreement on behalf of the General Partner of the partnership was then SECRETARY of said General Partner of the partnership; that said supplemental agreement was duly signed for and in behalf of said partnership by authority of its governing body, and is within the scope of its powers.

(CORPORATE SEAL)

R. Reed Thompson

Asst. Secretary

(title)

#18

SUPPLEMENTAL AGREEMENT NO. 18
TO
LEASE NO. DACW03-1-70-886
GREERS FERRY LAKE

WHEREAS, Red Apple Enterprises, Limited Partnership, has requested that the lease be transferred to Amstar/First Capital, Ltd; and

WHEREAS, transferring the lease, as requested, will not be detrimental to the interest of the United States,

NOW, THEREFORE, the aforesaid lease, as amended by Supplemental Agreements Nos. 1 through 17, is hereby further amended in the following respect and in this respect only, all other terms and conditions thereof remaining in full force and effect:

> The name "Red Apple Enterprises Limited Partnership" is deleted and the name "Amstar/First Capital, Ltd.", is substituted therefor.

IT IS UNDERSTOOD AND AGREED that the effective date of this Supplemental Agreement No. 18 is the 1st day for June 1992.

IT IS FURTHER UNDERSTOOD AND AGREED that the aforesaid Amstar/First Capital, Ltd., assignee hereunder, accepts all the terms and conditions of the lease and will assume all responsibility thereunder as of the effective date of assignment.

Supplemental Agreement No. 18 to
Lease No. DACW03-1-70-886
Greers Ferry Lake

IN WITNESS WHEREOF, I have hereunto set my hand by authority of the Secretary of the Army this 29th day of September, 1992.

Billy G. Cabe
Billy G. Cabe
Chief, Real Estate Division

THIS SUPPLEMENTAL AGREEMENT NO. 18 is also executed by the assignor and the assignee this 18 day of SEPTEMBER, 1992.

ATTEST:
J. V. Berg
____________________

RED APPLE ENTERPRISES LIMITED PARTNERSHIP
an Arkansas Limited Partnership
(Assignor)

BY: URBAN ENTERPRISES, INC.,
General Partner of Red Apple Enterprises
Limited Partnership

BY: R. Reed Thompson
TITLE: PRESIDENT

AMSTAR/FIRST CAPITAL LTD., a Texas
Limited Partnership
(Assignee)

BY: AMSTAR/FIRST CAPITAL JOINT VENTURE,
a Texas joint venture, its general
partner

BY: FCP INVESTMENTS, LTD.,
a Texas limited partnership,
managing venturer

BY: FIRST CAPITAL PARTNERS, INC.
a Texas corporation, general
partner

BY: Jack D. Howard Jr.
Jack D. Howard, Jr.
President

# CORPORATE CERTIFICATE

I, Mark Patterson, certify that I am the Chief Financial Officer of the corporation named herein; that Jack D. Howard, Jr. who signed this supplemental agreement on behalf of the corporation was then President of the corporation; that said supplemental agreement was duly signed for and in behalf of said corporation by authority of its governing body, and is within the scope of its corporate powers.

(CORPORATE SEAL)

Mark W Patterson

Chief Financial Officer
(TITLE)

#19

SUPPLEMENTAL AGREEMENT NO. 19
TO
LEASE NO. DACW03-1-70-886
GREERS FERRY LAKE

WHEREAS, AmStar/First Capital, Ltd. has requested that the lease be amended and

WHEREAS, amending the lease, as requested, will not be detrimental to the interest of the United States,

NOW, THEREFORE, the aforesaid lease, as amended by Supplemental Agreements Nos. 1 through 18, is hereby further amended in the following respects and in these respects only, all other terms and conditions thereof remaining in full force and effect:

1. The description of the lease premises recited in Supplemental Agreement No. 6 to the lease is deleted, and the following description is substituted therefor: One parcel of land and water area situated in the E1/2 of Fractional Section 18, Township 10 North, Range 10 West of the Fifth Principal Meridian, Cleburne County, Arkansas, and containing 51 acres, more or less, of which approximately 10 acres lie above the 461-contour, National Geodetic Vertical Datum of 1929.

2. Exhibit "A", revised November 1980, is deleted, and the attached Exhibit "A", dated August 1993, is substituted therefor.

3. The term of the lease recited in Supplemental Agreement No. 13 of the lease (December 31, 2007), is hereby further extended to December 31, 2012.

IT IS UNDERSTOOD AND AGREED that the effective date of this Supplemental Agreement No. 19 is the 14th day of September, 1993.

This Supplemental Agreement may be executed in multiple originals.

SUPPLEMENTAL AGREEMENT NO. 19
LEASE NO. DACW03-1-70-886
GREERS FERRY LAKE

IN WITNESS WHEREOF, I have hereunto set my hand by authority of the Secretary of the Army this 14th day of September, 1993.

Billy G. Cabe

BILLY G. CABE
Chief, Real Estate Division

THIS SUPPLEMENTAL AGREEMENT NO. 19 is also executed by the Lessee this 13rd day of September, 1993.

AMSTAR/FIRST CAPITAL, LTD., a Texas limited partnership

By: AmStar/First Capital Joint Venture, a Texas joint venture, general partner

By: FCP Investments, Ltd., a Texas limited partnership, managing venturer

By: First Capital Partners, Inc., general partner

By: Jack D. Howard, Jr.
Jack D. Howard, Jr., President

I, John S. Key, certify that I am the Vice President of the corporation named herein; that Jack D. Howard, Jr. who signed this supplemental agreement on behalf of the corporation was then President of the corporation; that said supplemental agreement was duly signed for and on behalf of said corporation by authority of its governing body, and is within the scope of its corporate powers.

(CORPORATE SEAL)

Vice President
(Title)




LEGEND:

SUBJECT AREA

FEE ACQUISITION LINE

GREERS FERRY LAKE
EDEN ISLE LEASE SITE
TRACTS NOS. 600, 842, AND 843

COUNTY: CLEBURNE
STATE: ARKANSAS

CORPS OF ENGINEERS
SCALE: 1"= 1,000'

LITTLE ROCK DISTRICT
DATE: AUGUST 1993
EXHIBIT "A"

#20

**SUPPLEMENTAL AGREEMENT NO. 20**
**TO**
**LEASE NO. DACW03-1-70-886**
**Greers Ferry Lake**

WHEREAS, Amstar/First Capital, Ltd. has requested that the lease be transferred to A/FC Properties, Ltd., a Texas limited partnership; and

WHEREAS, transferring the lease, as requested, will not be detrimental to the interest of the United States,

NOW, THEREFORE, the aforesaid lease, as amended by Supplemental Agreements Nos. 1 through 19, is hereby further amended in the following respect and in this respect only, all other terms and conditions thereof remaining in full force and effect:

> The name "Amstar/First Capital, Ltd." is deleted and the name "A/FC Properties, Ltd.", is substituted thereof.

IT IS UNDERSTOOD AND AGREED that the effective date of this Supplemental Agreement No. 20 is the 27th day of September, 1993.

IT IS FURTHER UNDERSTOOD AND AGREED that the aforesaid A/FC Properties, Ltd., assignee hereunder, accepts all the terms and conditions of the lease and will assume all responsibility thereunder as of the effective date of assignment.

This Supplemental Agreement may be executed in multiple originals.

IN WITNESS WHEREOF, I have hereunto set my hand by authority of the Secretary of the Army this 27th day of September, 1993.

Billy G. Cabe

Billy G. Cabe, Chief, Real Estate Division,

THIS SUPPLEMENTAL AGREEMENT NO. 20 is also executed by the assignor and the assignee to be effective as of the 27th day of September, 1993.

A/FC Properties, Ltd. a Texas limited partnership (Assignee)

By: A/FC Holdings, Ltd., a Texas limited partnership, general partner

By: A/FC Management, Inc., a Texas corporation, general partner

By: [signature]

Name: Jack D. Howard, Jr.

Title: President

AMSTAR/FIRST CAPITAL, LTD., a Texas limited partnership

By: Amstar/First Capital Joint Venture, a Texas joint venture, general partner

By: FCP Investments, Ltd., a Texas limited partnership, managing venturer

By: First Capital Partners, Inc., general partner

By: [signature]
Jack D. Howard, Jr., President

I, John S. Key, certify that I am the Vice-President of the corporation named herein; that Jack D. Howard, Jr. who signed this supplemental agreement on behalf of the corporation was then President of the corporation; that said supplemental agreement was duly signed for and on behalf of said corporation by authority of its governing body, and is within the scope of its corporate powers.

(CORPORATE SEAL)

[signature]

Vice-President
(Title)

#21

**SUPPLEMENTAL AGREEMENT NO. 21
TO
LEASE NO. DACW03-1-70-886
Greers Ferry Lake**

WHEREAS, A/FC Properties, Ltd. has requested that the lease be transferred to Amstar/First Capital Joint Venture, a Texas joint venture; and

WHEREAS, transferring the lease, as requested, will not be detrimental to the interest of the United States,

NOW, THEREFORE, the aforesaid lease, as amended by Supplemental Agreements Nos. 1 through 20, is hereby further amended in the following respect and in this respect only, all other terms and conditions thereof remaining in full force and effect:

> The name "A/FC Properties, Ltd." is deleted and the name "Amstar/First Capital Joint Venture", is substituted thereof.

IT IS UNDERSTOOD AND AGREED that the effective date of this Supplemental Agreement No. 21 is the 2nd day of November, 1994.

IT IS FURTHER UNDERSTOOD AND AGREED that the aforesaid Amstar/First Capital Joint Venture, assignee hereunder, accepts all the terms and conditions of the lease and will assume all responsibility thereunder as of the effective date of assignment.

This Supplemental Agreement may be executed in multiple originals.

IN WITNESS WHEREOF, I have hereunto set my hand by authority of the Secretary of the Army this 18th day of November, 1994.

[signature]

Billy G. Cabe, Chief, Real Estate Division,
on behalf of the Secretary of the Army

THIS SUPPLEMENTAL AGREEMENT NO. 21 is also executed by the assignor and the assignee to be effective as of the 2nd day of November, 1994.

A/FC Properties, Ltd. a Texas limited partnership (Assignor)

By: A/FC Holdings, Ltd., a Texas limited partnership, general partner

By: A/FC Management, Inc., a Texas corporation, general partner

By: ______________________________
John S. Key, Treasurer

Amstar/First Capital Joint Venture, a Texas joint venture (assignee)

By: FCP Investments, Ltd., a Texas limited partnership, managing venturer

By: First Capital Partners, Inc., general partner

By: ______________________________
John S. Key, Vice President

SUPPLEMENTAL AGREEMENT NO. 22
TO
LEASE NO. DACW03-1-70-886
Greers Ferry Lake

WHEREAS, Amstar/First Capital Joint Venture has requested that the lease be transferred to Eden Isle Marina, Inc.; and

WHEREAS, transferring the lease, as requested, will not be detrimental to the interest of the United States,

NOW, THEREFORE, the aforesaid lease, as amended by Supplemental Agreements Nos. 1 through 16 and 18 through 21 (it being agreed there is no Supplemental Agreement No. 17), is hereby further amended in the following respect and in this respect only, all other terms and conditions thereof remaining in full force and effect:

> The name "Amstar/First Capital Joint Venture" is deleted and the name "Eden Isle Marina, Inc.", is substituted therefor.

IT IS UNDERSTOOD AND AGREED that the effective date of this Supplemental Agreement No. 22 is the 16th day of June, 1995.

IT IS FURTHER UNDERSTOOD AND AGREED that the aforesaid Eden Isle Marina, Inc., assignee hereunder, accepts all the terms and conditions of the lease and will assume all responisibility thereunder as of the effective date of assignment, and that from and after the effective date of assignment, Amstar/First Capital Joint Venture is released from all liability arising under the Lease.

This Supplemental Agreement may be executed in multiple originals.

IN WITNESS WHEREOF, I have hereunto set my hand by authority of the Secretary of the Army this 15th day of June, 1995.

Billy G. Cabe

Billy G. Cabe, Chief, Real Estate Division,
on behalf of the Secretary of the Army

THIS SUPPLEMENTAL AGREEMENT NO. 22 is also executed by the assignor and the assignee to be effective as of the 14th day of June, 1995.

Amstar/First Capital Joint Venture, a Texas joint venture

By: FCP Investments, Ltd., a Texas limited partnership, managing venturer

By: First Capital Partners, Inc., general partner

By: [signature]
~~John S. Key, Vice~~ President
Jack D. Howard, Jr.,

Eden Isle Marina, Inc.

By: [signature]

Name Ronnie Walters

Title: President

AGREEMENT AS TO LEASE ASSIGNMENT

EDEN ISLE BOAT DOCK

LEASE DACW03-1-70-886

GREERS FERRY LAKE

This AGREEMENT, made this 16th day of June, 1995, by and between THE UNITED STATES OF AMERICA, UNITED STATES ARMY, CORPS OF ENGINEERS, hereinafter referred to as "Lessor"; and THE CLEBURNE COUNTY BANK, hereinafter referred to as "Lender"; and EDEN ISLE MARINA, INC., hereinafter referred to as "Lessee".

WITNESSETH THAT:

WHEREAS, Lessee is the holder of a lease dated May 19, 1970, designated as Lease No. DACW03-1-70-886, granted by authority of the Secretary of the Army for eighteen (18) years, ten (10) months, beginning January 1, 1970, and ending October 31, 1988, and subsequently extended to December 31, 2012, in Supplement No. 19, dated September 14, 1993, covering approximately fifty-one (51) acres of land and water in Cleburne County, State of Arkansas, known as Eden Isle Boat Dock Concession, hereinafter referred to as the "premises", more particularly described in said lease; and,

WHEREAS, Lessee desires to borrow the sum of $1,500,000.00 for the purchase and or further improvement of the premises; and,

WHEREAS, Lender is willing to lend the sum of $1,500,000.00 to Lessee provided that Lender is adequately secured; and,

WHEREAS, condition 13 of said lease provides that Lessee shall neither transfer, assign, nor grant any interest in said lease without permission, in writing, from the District Engineer; and,

NOW THEREFORE, in consideration of the benefits inuring to all parties, Lessor, Lender, and Lessee agree as follows:

1. Lessee agrees to assign said lease, for collateral purposes, to Lender, and Lessor conditionally consents that Lender shall have the right to receive an assignment of Lease No. DACW03-1-70-886 upon written notification by Lender to Lessor that Lender has come into possession of the improvements through court proceedings to enforce its security agreement. Such notification shall include a certified copy of the judgment of a court of competent jurisdiction awarding Lender such possession. Furthermore, approval of the assignment by Lessor will be in writing and such assignment shall not become effective until approved in writing by the District Engineer as provided in the lease.

2. Lessor hereby warrants that Lease No. DACW03-1-70-886 is in full force and effect as of this date, and that neither or none of the parties to said lease is known to be in default.

3. Lessor agrees that if Lessee shall fail or refuse to perform any of the covenants or agreements contained in Lease No. DACW03-1-70-886 sufficient to constitute default on the part of Lessee, Lessor will provide the same notice of such default to Lender as to the Lessee under the terms of said lease.

4. Lessor agrees not to modify Lease No. DACW03-1-70-886 without prior notification to Lender.

5. Lender shall provide a copy of any mortgage, security instrument, or other such encumbrance, pertaining to the indebtedness of Lessee covered by this agreement, to Lessor. This agreement shall be void if Lender extends the times of payment of any indebtedness of the Lessee to Lender covered by this agreement or the performance of any of the terms and conditions of any such security instrument, or a transfer or assignment of such security instrument without the written consent of Lessor. Lender shall provide written notice to Lessor when the indebtedness of Lessee to Lender covered by this agreement has been paid in full. At such time, this agreement shall become null and void.

6. All notices to be given pursuant to this agreement shall be adressed, if to Lessee, to 410 7th Street, Heber Springs, Arkansas, 72543; if to Lender, P. O. Box 1560, Heber Springs, Arkansas, 72543, and if to Lessor, to the District Engineer, Little Rock District, Corps of Engineers, Post Office Box 867, Little Rock, Arkansas 72203-0867, or as may from time to time otherwise be directed by the parties. Notice shall be deemed to have been duly given if and when enclosed in a properly sealed envelope or Wrapper, addressed as aforesaid, and deposited postage prepaid in a post office or branch post office regularly maintained by the United States Postal Service.

7. Except as specifically provided for, any reference herein to "Secretary of the Army," "District Engineer," or "Lessor" shall include their duly authorized representatives. Any reference to "Lessee" or "Lender" shall include their duly authorized representatives.

IT IS FURTHER AGREED that the effective date of this Conditional Assignment For Security shall be June 16, 1995.

IN WITNESS WHEREOF, I have hereunto set my hand by authority of the Secretary of Army this 15th day of June, 1995.

Billy G. Cabe
Billy G. Cabe, Chief, Real Estate Division,
on behalf of the Secretary of the Army

THIS AGREEMENT is also executed by the Lessee this 14th day of June, 1995.

EDEN ISLE MARINA, INC.

Ronnie M. Walters
Ronnie M. Walters, President

THIS AGREEMENT is also executed by the Lender this 14th day of June, 1995.

THE CLEBURNE COUNTY BANK

Dale Miller
Dale Miller, President

ASSIGNMENT AND ASSUMPTION OF LEASE

| | | |
|---|---|---|
| THE STATE OF ARKANSAS | § | |
| | § | KNOW ALL MEN BY THESE PRESENTS: |
| COUNTY OF CLEBURNE | § | |

THIS ASSIGNMENT AND ASSUMPTION OF LEASE (the "Assignment") is executed and delivered by and between AMSTAR/FIRST CAPITAL JOINT VENTURE, a Texas joint venture (hereinafter, whether one or more, referred to as "Assignor") and EDEN ISLE MARINA, INC. (hereinafter, whether one or more, referred to as "Assignee").

WITNESSETH:

WHEREAS, Assignor is the current lessee under that certain Lease No. DACW03-1-70-886 with the Army Corps of Engineers (as previously amended by Supplemental Agreements Nos. 1 through 16 and 18 through 21) for certain real property and improvements known as the "Eden Isle Marina" located on Greers Ferry Lake in Heber Springs, Arkansas (the "Property") which Lease covers the real property described on Exhibit A attached hereto and made a part hereof for all purposes (the "Lease");

WHEREAS, Assignee desires to purchase from Assignor, and Assignor desires to sell and assign to Assignee, the Lease and the leasehold estate created thereby.

NOW, THEREFORE, for and in consideration of the premises and the agreements and covenants herein set forth, together with the sum of Ten Dollars ($10.00) and other good and valuable consideration on this day paid and delivered by Assignee to Assignor, the receipt and sufficiency of which are hereby acknowledged and confessed by Assignor, Assignor does hereby ASSIGN, TRANSFER, SET OVER, DELIVER and CONVEY unto Assignee the Lease and the leasehold estate created thereby, but subject to all terms, conditions, reservations and limitations set forth in the Lease.

TO HAVE AND TO HOLD all and singular the Lease unto Assignee, its heirs, executors, legal representatives, successors and assigns, forever.

It is specifically agreed that Assignor shall not be responsible for the discharge and performance of any and all duties and obligations to be performed and/or discharged by the lessee thereunder after the date hereof. By accepting this Assignment and Assumption of Lease and by its execution hereof, Assignee hereby assumes and agrees to perform all of the terms, covenants and conditions of the Lease on the part of the lessee therein required to be performed after the date hereof. Assignee covenants and agrees to indemnify, save and hold harmless Assignor from and against any and all losses, liabilities, expenses (including reasonable attorneys' fees), claims or causes of action existing in favor of or asserted by the lessor under the Lease arising out of or relating to Assignee's failure to perform any of the obligations of the lessee under the Lease after the date hereof.

**ASSIGNEE ACKNOWLEDGES THAT ASSIGNOR HAS ACQUIRED THE LEASE FOLLOWING FORECLOSURE PROCEDURES OR BY DEED OR OTHER CONVEYANCE IN LIEU THEREOF, AND ASSIGNOR HAS LITTLE, IF ANY, KNOWLEDGE OF THE PHYSICAL, ECONOMIC OR OTHER CHARACTERISTICS OF THE PROPERTY OR LEASE. EXCEPT FOR THE SPECIAL WARRANTY OF TITLE MADE BY ASSIGNOR IN THE SPECIAL WARRANTY DEED CONVEYING PART OF THE PROPERTY TO ASSIGNEE, ASSIGNOR HAS NOT MADE AND HEREBY SPECIFICALLY DISCLAIMS ANY WARRANTY, GUARANTEE OR REPRESENTATION, ORAL OR WRITTEN CONCERNING (A) THE NATURE AND CONDITION OF THE PROPERTY AND THE SUITABILITY THEREOF FOR ANY AND ALL ACTIVITIES AND USES WHICH ASSIGNEE MAY ELECT TO CONDUCT THEREON; (B) THE STATUS OF THE LEASE AND THE PERFORMANCE OF THE**

LESSOR THEREUNDER OR ANY OTHER MATTER WITH RESPECT TO THE LEASE; AND (C) COMPLIANCE OF THE PROPERTY OR ITS OPERATION WITH THE TERMS OF THE LEASE OR ANY LAWS, ORDINANCES OR REGULATIONS OF ANY GOVERNMENT OR OTHER BODY. ASSIGNEE IS RELYING SOLELY ON ITS OWN INVESTIGATION OF THE PROPERTY AND LEASE AND NOT ON ANY INFORMATION PROVIDED OR TO BE PROVIDED BY ASSIGNOR IN CONNECTION WITH ASSIGNEE'S PURCHASE OF THE PROPERTY AND THE LEASE. ASSIGNOR MAKES NO WARRANTY OR REPRESENTATION OF ANY KIND, EXPRESS OR IMPLIED, OR ARISING BY OPERATION OF LAW, INCLUDING BUT NOT LIMITED TO, ANY WARRANTY OF CONDITION, HABITABILITY, MERCHANTABILITY OR FITNESS FOR A PARTICULAR USE OR PURPOSE WITH RESPECT TO THE PROPERTY OR LEASE.

All of the covenants, terms and conditions set forth herein shall be binding upon and shall inure to the benefit of the parties hereto and their respective heirs, executors, legal representatives, successors and assigns.

IN WITNESS WHEREOF, Assignee and Assignor have caused this Assignment of Lease to be executed effective as of the 16 day of June, 1995.

ASSIGNOR:

Amstar/First Capital Joint Venture, a Texas joint venture

By: FCP Investments, Ltd., a Texas limited partnership, managing venturer

By: First Capital Partners, Inc., a Texas corporation, general partner

By: [signature]
Name: Jack D. Howard, Jr.
Title: President

ASSIGNEE:

EDEN ISLE MARINA, INC.

[signature]
By: Ron Walters, President

ACKNOWLEDGMENT
STATE OF ARKANSAS)
COUNTY OF CLEBURNE) ss
SUBSCRIBED & SWORN to before me this 16 day of June, 1995.
Kerry Robichau Wilkinson
Notary Public
My Commission Expires: 11-5-96

ROBICHAU NOTARY PUBLIC COUNTY

t:\appl\transfer\prop\edenisle\document\assumpls.cor

EXHIBIT A

Property Description

LEGAL NO. 2: One parcel of land and water area situated in the East Half (E 1/2) of Fractional Section Eighteen (18), Township Ten (10) North, Range Ten (10) West of the Fifth Principal Meridian, Cleburne County, Arkansas, and containing 51.0 acres, more or less, of which approximately 10.0 acres lie above the 461 contour, National Geodetic Vertical Datum of 1929.

# CERTIFICATE OF RECORD

STATE OF ARKANSAS }
COUNTY OF CLEBURNE } SS

I, JUDITH E. RUSSELL, Clerk of the Circuit Court and Ex-Officio Recorder fo the County Aforesaid, do hereby Certify that the annexed and foregoing instrument of writing was filed for record in my office on the 16 day of June A. D. 19 95 at 3:36 O'Clock P M. and the same is now duly recorded in Book, Vol. 405 Page 511-513

In testimony whereof I have hereunto set my hand and affixed the seal of said Court this 16 Day of June A. D. 19 95

JUDITH E. RUSSELL, Clerk

Lavelle McGary Deputy Clerk

SEAL OF CIRCUIT COURT CLEBURNE COUNTY

1995 JUN 16 PM 3:36
CLEBURNE CO.
HEBER SPRINGS, AR

ESTOPPEL LETTER

Date: 9/8/93

First Boston Mortgage Capital Corp.
55 East 52nd Street
NY, NY 10055

Amstar/First Capital, Ltd.
3100 McKinnon
Suite 100
Dallas, TX 75201

Re: Lease Agreement between the Secretary of the Army, as Landlord, and The First Pyramid Life Insurance Company of America, Inc., as original tenant, dated April 27, 1970 (as the same may have been amended as described below, the "Lease"), for the Eden Isle Marina located in Heber Springs, Arkansas

Gentlemen:

The undersigned, having the power and authority on behalf of the Landlord to do so, does hereby state, certify, affirm to and agree with you as follows:

A. The Lease, a true and correct copy of which is attached hereto, is in full force and effect. The Lease represents the entire agreement between Landlord and Tenant. Any reference to "Tenant" herein shall be deemed to refer to Amstar/First Capital, Ltd. as assignee of the interest of the original tenant under the Lease.

B. The expiration date is December 31, 2007, unless sooner terminated or renewed as provided in the Lease. All rentals due to the date of this letter have been paid in full.

C. To the best of Landlord's knowledge, no defaults of any kind exist under the Lease, nor has there occurred any event or state of facts which by the giving of notice or the lapse of time, or both, would constitute a default under the Lease.

D. Landlord agrees that Tenant may transfer the Lease to a Corps of Engineers' approved affiliate of Tenant and that such transfer shall not constitute a default under the Lease.

E. Landlord agrees that Tenant (or its affiliate transferee) may collaterally assign the interest of the tenant under the Lease as security for certain obligations of Tenant (or such affiliate transferee), and that such assignment shall not constitute a default under the Lease. Landlord further agrees that if any such collateral assignee acquires title to the Lease, Landlord will recognize such collateral assignee (or its designee or transferee) as the tenant under the

Lease for all periods of time after the date of any such transfer.

F. Landlord acknowledges and agrees that Landlord and its successors and assigns will be bound by, and Tenant and its collateral assignees, successors and assigns may rely on, the contents of this letter.

Very truly yours,

Billy G. Cabe

Billy G. Cabe, Chief, Real Estate Division,
on behalf of the Secretary of the Army