38. The Lessee agrees no additional parking will be authorized to serve the new docks at Eden Isle Marina site. A footpath will be allowed for access. Any trees needing to be removed will be identified by project personnel. Tree removal will be minimal. Any additional parking needed will be on private land.

39. The Corps will construct an access road, utilities and parking for the marina at Cove Creek Park site as funds become available.

**IN WITNESS WHEREOF** I have hereunto set my hand by direction of the Secretary of the Army this 22nd day of April, 1999.

Billy G. Cabe
**BILLY G. CABE**
**Chief, Real Estate Division**

**THIS LEASE** is also executed by the Lessee this 22nd day of April, 1999.

**EDEN ISLE MARINA, INC.**

**BY:** Ronnie Walters

Title: President

Signed and Sealed
in the presence of:

_______________________

_______________________
(Address)

**ACKNOWLEDGMENT**
**STATE OF ARKANSAS)**
**COUNTY OF CLEBURNE) ss**
**SUBSCRIBED & SWORN to before me**
**this 21 day of May, 1999.**

Wanda Jensen
**Notary Public**
**My Commission Expires:**
4-8-2008

**OFFICIAL SEAL**
**WANDA K. JENSEN**
**NOTARY PUBLIC • ARKANSAS**
**CLEBURNE COUNTY**
**MY COMMISSION EXPIRES: 04-08-2008**

R. 10 W.

T. 10 N.




( DESCRIPTION )

A TRACT OF LAND SITUATED IN THE COUNTY OF CLEBURNE, STATE OF ARKANSAS, BEING THAT PART OF THE E½ OF THE E½ OF SECTION 18, AND THAT PART OF THE W1/2 OF THE W½ OF THE NW¼ OF SECTION 17, ALL IN TOWNSHIP 10 NORTH, RANGE 10 WEST OF THE FIFTH PRINCIPAL MERIDAN, AND CONTAINING 51 ACRES, MORE OR LESS, AS SHOWN IN RED.

LEGEND:

SUBJECT AREA

FEE ACQUISITION LINE

GREERS FERRY LAKE

EDEN ISLE MARINA-SITE A

TRACT NO. 842

DATE: APRIL 1999

EXHIBIT "A"

PAGE 1 OF 2

COUNTY: CLEBURNE

STATE: ARKANSAS




( DESCRIPTION )

A TRACT OF LAND SITUATED IN THE COUNTY OF CLEBURNE, STATE OF ARKANSAS, BEING THAT PART OF THE SE¼ OF THE SE¼ OF SECTION 27, AND THAT PART OF THE NE¼ OF THE NE¼ OF SECTION 34, ALL IN TOWNSHIP 10 NORTH, RANGE 17 WEST OF THE FIFTH PRINCIPAL MERIDAN, AND CONTAINING 31 ACRES, MORE OR LESS, AS SHOWN IN RED.

LEGEND:

SUBJECT AREA

FEE ACQUISITION LINE

GREERS FERRY LAKE

EDEN ISLE MARINA-SITE B

TRACT NO. 908

DATE: APRIL 1999

EXHIBIT "A"

PAGE 2 OF 2

COUNTY: CLEBURNE

STATE: ARKANSAS

Lease No. DACW03-1-99-837
Eden Isle Marina
Greers Ferry Lake

1. The lessee may provide the following services:
   a. Sale of food, refreshments, packaged merchandise, fishing tackle, fish bait, and other supplies.
   b. Sale of gasoline and lubricants.
   c. Rental of boats and motors.
   d. Sale of boats, motors, and accessories.
   e. Furnishing facilities for mooring and docking privately owned boats.
   f. Servicing, repairing, maintaining, and caring for privately owned boats and motors.
   g. Transportation of passengers by boats for hire.

2. Development Plan. The facilities and services required to be provided by the lessee during the term of this lease are:

| Item | Number |
|---|---|
| Sales office and restrooms | 1 |
| Dock A, boat storage dock, 18 slips, open | 1 |
| Dock B, boat storage dock, 26 slips, covered | 1 |
| Dock C, boat storage dock, 14 slips, covered | 1 |
| Dock D, boat storage dock, 10 dbl slips, covered | 1 |
| Dock E, boat storage dock, 16 slips, open | 1 |
| Dock F, boat storage dock, 24 slips, open | 1 |
| Dock G, boat storage dock, 20 single slips, covered | 1 |
| Dock H, boat storage dock, 20 single slips, covered | 1 |
| Dock I, boat storage dock, 20 single slips, covered | 1 |
| Dock J, boat storage dock, 20 single slips, covered | 1 |
| Dock JJ, boat storage dock, 32 single slips, covered and 8 slips, open | 1 |
| Dock K, boat storage dock, 10 single slips, covered | 1 |
| Dock L, boat storage dock, 20 single slips, covered | 1 |
| Dock M, sailboat storage dock, 10 slips, open | 1 |
| Dock N, boat storage dock, 60 slips, covered | 1 |
| Dock O, boat storage dock, 48 slips, covered | 1 |
| Dock P, boat storage dock, 60 slips, covered | 1 |
| Dock Q, boat storage dock, 44 slips, open | 1 |
| Dock R, boat storage dock, 44 slips, open | 1 |
| Dock S, boat storage dock, 22 slips, open | 1 |

Lease No. DACW03-1-99-837
Eden Isle Marina
Greers Ferry Lake

| | |
|---|---|
| Storage building | 1 |
| Dry Storage building | 1 |
| Fish cleaning dock | 1 |
| Rental boats, party barge with motor | 9 |
| Rental boats, ski, with motor | 3 |
| Breakwaters | |
| Miscellaneous operating equipment, parking lot and roads | |

| | | |
|---|---|---|
| Revised March 1999 | Nonequipment GFA | $1,873,171.00 |
| Effective January 1, 1999 | Equipment GFA | 176,180.00 |
| | TOTAL | $2,049,351.00 |

CCCI applied through 1997

| | | |
|---|---|---|
| Corps of Engineers<br>Graduated Rent System<br>ental Computation Form | Concession Name | District<br>Location |
| Period | Gross Fixed Assets (G F A) | |

| Classification of Income | Amounts (1) | % (2) | Break-even Point (Percent of G F A) % (3) | (4) | Base Rate % (5) | (6) | Balance of Income Rate % (7) | (8) |
|---|---|---|---|---|---|---|---|---|
| Sales | $ | | 70 | | 1.50 | | 3.00 | |
| Rents & Services | | | 30 | | 4.50 | | 7.00 | |
| Total | $ | | X | | X | | X | |

| | Item | | Rate % | Income | Rent |
|---|---|---|---|---|---|
| 1 | Composite Break-even point | | (of G F A) | X | X |
| 2 | Composite Base Rent | | | X | X |
| 3 | Rent Computations | Income below Break-even Point | | | |
| 4 | | Income from Break-even to twice break-even | | | |
| 5 | | Balance of Income | | | |
| 6 | Total Rent Due | | % of total income | | $ |
| 7 | Rent Paid to Date (Fixed Minimum Rental, plus percentage rental) | | | | |
| 8 | Balance Due | | | | $ |

EXHIBIT "C"

# STATEMENT OF GROSS INCOME

(Name of Lessee or Sublessee) (Lake)

Lease No. DACW03-1-
For Period From ________ to ________

| SOURCE OF INCOME | AMOUNT | AMOUNT |
|---|---|---|
| Category 1 - Sales | | |
| 1. Gasoline and oil sales | $ | |
| 2. Live & artificial bait & tackle sales | $ | |
| 3. Food, candy, soft drinks, & tobacco sales (including restaurant & cafe sales) | $ | |
| 4. Sale of boat and motor parts, accessories, ski & swim equipment and misc. merchandise | $ | |
| 5. Other (designate source) | $ | |
| TOTAL CATEGORY 1 | | $ |
| Category 2 - Rents and Services | | |
| 1. Boat & motor rentals | $ | |
| 2. Boat & motor storage & related service | $ | |
| 3. Boat & motor repair service | $ | |
| 4. Commission on hunting & fishing licenses | $ | |
| 5. Rental of batteries, paddles, seat cushions, lights, fishing poles, etc. | $ | |
| 6. Overnight lodging rentals | $ | |
| 7. Other (designate source) | $ | |
| TOTAL CATEGORY 2 | | $ |
| TOTAL - CATEGORIES 1 and 2 (Gross income on which percentage payment is computed) | | $ |
| CATEGORY 3 - Sales of Boats and Motors | | $ |

Revised January 1, 1982

EXHIBIT "D"

This sheet left intentionally blank. Lessee will be required to submit a Sign Plan in accordance with the Sign Standards Manual, EP 310-1-6A, Chapter 17, presently being published.

Exhibit E

JUDITH E. RUSSELL
CIRCUIT CLERK

99 MAY 21 PM 1:46

CLEBURNE COUNTY
HEBER SPRINGS, ARKANSAS

PRELIMINARY ASSESSMENT SCREENING
(PAS)

A complete search of the District files revealed no evidence that hazardous substances had been stored, released, or disposed of on the property involved prior to leasing the premises utilized for the Eden Isle Marina, Inc., Lease No. DACW03-1-99-837, Greers Ferry Lake.

The records indicate the lease area has been the site of activities typical to a marina operation; i.e., marina fuel service, boat repair, boat storage, and other minor supportive activities. Various materials including, but not limited to refined petroleum, gasoline, solvents, paint, herbicides, pesticides, antifreeze, batteries, asbestos, PCB transformers, and assorted chemicals may have been present on the premises.

DATE: March 24, 1999     Jo Ellyn Best
Realty Specialist

WE (I) THE UNDERSIGNED made a survey of the subject lease area and agree that as of this date, ______________, the area shows no evidence of the presence of hazardous waste from activities of the United States of America.

WITNESS:     EDEN ISLE MARINA, INC.

______________     BY: Ronnie Walton

______________     TITLE: President.
(Address)

# CERTIFICATE OF RECORD

STATE OF ARKANSAS } SS
COUNTY OF CLEBURNE

I, JUDITH E. RUSSELL, Clerk of the Circuit Court and Ex-Officio Recorder fo the County Aforesaid, do hereby Certify that the annexed and foregoing instrument of writing was filed for record in my office on the 21 day of May A. D. 1999 at 1:46 O'Clock P M. and the same is now duly recorded in Book, Vol. 463 Page 707-734

In testimony whereof I have hereunto set my hand and affixed the seal of said Court this 21 Day of May A.D. 1999

JUDITH E. RUSSELL, Clerk
Heather Smith Deputy Clerk

Exhibit "F"

SEAL OF CIRCUIT COURT
CLEBURNE COUNTY, AR

**DEPARTMENT OF THE ARMY**
LITTLE ROCK DISTRICT, CORPS OF ENGINEERS
POST OFFICE BOX 867
LITTLE ROCK, ARKANSAS 72203-0867

REPLY TO
ATTENTION OF

November 27, 2000

Real Estate Division

Mr. Ronnie Walters
Eden Isle Marina
No. 10 Yacht Harbor Road
Heber Springs, Arkansas 72543

Dear Mr. Walters:

Please refer to Lease No. DACW03-1-99-837 for the Eden Isle Marina lease site, Greers Ferry Lake.

Enclosed, in duplicate, is Supplemental Agreement No. 1 to your lease designed to replace the exhibit map for Site B of your lease area in Cove Creek Park. Please sign and date both copies, have your signature attested, and return both copies to my office.

Upon receipt of the signed documents, the supplemental agreement will be executed on behalf of the government and a copy will be furnished for your records.

Sincerely,

Billy G. Cabe
Billy G. Cabe
Chief, Real Estate Division

Enclosure

SUPPLEMENTAL AGREEMENT NO. 1
TO
LEASE NO. DACW03-1-99-837
GREERS FERRY LAKE

Lease No. DACW03-1-99-837 for Eden Isle Marina, Greers Ferry Lake, is amended in the following respect and in this respect only, all other terms and conditions remaining the same:

Exhibit "A", page 2 of 2, dated April 1999, for Eden Isle Marina - Site B, is deleted and the attached Exhibit "A", page 2 of 2, revised November 2000, is substituted therefor.

IT IS UNDERSTOOD AND AGREED that the effective date of this SUPPLEMENTAL NO. 1 is the 1st day of December 2000.

IN WITNESS WHEREOF, I have hereunto set my hand by authority of the Secretary of the Army this _____ day of ____________, 20__.

**BILLY G. CABE**
**Chief, Real Estate Division**

THIS SUPPLEMENTAL AGREEMENT NO. 1 is hereby accepted on this _____ day of ______________, 20__.

Attested:

**EDEN ISLE MARINA, INC.**

___________________

By:____________________________

___________________
(Address)

Title:__________________________




PLATE 13

(Description)
A TRACT OF LAND SITUATE IN THE COUNTY OF CLEBURNE, STATE OF ARKANSAS, BEING THAT PART OF THE SE¼ OF THE SE¼ OF SECTION 27, AND THAT PART OF THE NE¼ OF THE NE¼ OF SECTION 34, ALL IN TOWNSHIP 10 NORTH, RANGE 10 WEST OF THE FIFTH PRINCIPAL MERIDIAN, AND CONTAINING 32.88 ACRES, MORE OR LESS, AS SHOWN IN RED.




( DESCRIPTION )

A TRACT OF LAND SITUATED IN THE COUNTY OF CLEBURNE, STATE OF ARKANSAS, BEING THAT PART OF THE SE¼ OF THE SE¼ OF SECTION 27, AND THAT PART OF THE NE¼ OF THE NE¼ OF SECTION 34, ALL IN TOWNSHIP 10 NORTH, RANGE 11 WEST OF THE FIFTH PRINCIPAL MERIDAN, AND CONTAINING 24 ACRES, MORE OR LESS, AS SHOWN IN RED.

LEGEND:
SUBJECT AREA
FEE ACQUISITION LINE

COUNTY: CLEBURNE
STATE: ARKANSAS

SCALE 1" = 500'

GREERS FERRY LAKE
EDEN ISLE MARINA-SITE B
TRACT NO. 908

DATE: APRIL 2001
EXHIBIT "A"
PAGE 2 OF 2

SUPPLEMENTAL AGREEMENT NO. 6
TO
LEASE NO. DACW03-1-70-886
GREERS FERRY LAKE

THIS SUPPLEMENTAL AGREEMENT NO. 6, made between the Secretary of the Army, of the first part, and The First Pyramid Life Insurance Company of America, of the second part, WITNESSETH THAT:

WHEREAS, the Secretary of the Army entered into a lease, identified as Lease No. DACW03-1-70-886 and hereinafter referred to as the lease, with The First Pyramid Life Insurance Company of America, for a period of eighteen (18) years and ten (10) months beginning 1 January 1970, covering premises designated as the Eden Isle Boat Dock lease site for commercial concession purposes; and

WHEREAS, by Supplemental Agreement No. 1, effective 1 January 1971, the lease was transferred to the Downtowner Corporation (DOWNTOWNER); and

WHEREAS, by Supplemental Agreement No. 2, effective 23 April 1973, the lease was transferred back to The First Pyramid Life Insurance Company of America; and

WHEREAS, by Supplemental Agreement No. 3, effective 1 December 1977, the term of the lease was extended until 31 December 1994; and

WHEREAS, by Supplemental Agreement No. 4, effective 15 July 1978, the lease was amended to provide for the installation and operation of a marine sanitary station in the lease area; and

WHEREAS, by Supplemental Agreement No. 5, effective 1 October 1980, the lease was amended to provide for rental credit of 3.5 cents per gallon of gasoline sold and Exhibit "D" was revised; and

SUPPLEMENTAL AGREEMENT NO. 6
to Lease No. DACW03-1-70-886
Greers Ferry Lake

WHEREAS, the parties hereto desire an increase in the lease area for expansion purposes; and

WHEREAS, expanding the lease area as requested will not be detrimental to the interests of the United States,

NOW, THEREFORE, the aforesaid lease is further amended in the following respects and in these respects only, all other terms and conditions remaining in full force and effect:

1. The description of the lease premises in the granting clause is deleted and the following description is substituted therefor: Two parcels of land and water area situated in the E$\frac{1}{2}$ of Fractional Section 18, Township 10 North, Range 10 West of the 5th Principal Meridian, Cleburne County, Arkansas, and containing 64.3 acres, more or less, of which 18.6 acres lie above elevation 461' mean sea level.

2. Exhibit "A", revised November 1966, is deleted and the attached Exhibit "A", revised November 1980, is substituted therefor.

IT IS UNDERSTOOD AND AGREED that the effective date of this Supplemental Agreement No. 6 is the 20th day of November, 1980.

IN WITNESS WHEREOF, I have hereunto set my hand by authority of the Secretary of the Army this 10th day of December, 1980.

SIGNED
CHARLES E. BURCHAM
Chief, Real Estate Division

THIS SUPPLEMENTAL AGREEMENT NO. 6 is also executed by the lessee this 2nd day of December, 1980.

ATTEST:

SIGNED

THE FIRST PYRAMID LIFE INSURANCE COMPANY OF AMERICA, INC.

By: SIGNED

(Address)

SWLRE-M 20 February 1981

Mr. James M. Saxton
Attorney at Law
Friday, Eldredge & Clark
The First National Building, Twentieth Floor
Little Rock, Arkansas 72201

Dear Mr. Saxton:

Please refer to your letter of 5 December 1980 requesting that the following instruments for use of certain lands in the Greers Ferry Lake area be assigned from the First Pyramid Life Insurance Company of America to Eden Isle Enterprises, Inc:

Lease No. DA-03-050-CIVENG-63-860
Lease No. DA-03-050-CIVENG-64-613
Lease No. DA-03-050-CIVENG-64-1059
Lease No. DACW03-1-70-886
Easement No. DA-03-050-CIVENG-63-876
License No. DACW03-3-68-760
License No. DACW03-3-68-761
License No. DACW03-3-69-321

Inclosed are supplemental agreements designed to transfer the instruments as requested. If the proposed supplemental agreements are satisfactory, please have all copies executed, insert the date of signing, complete the corporate certificates, affix the corporate seal, and return all copies to us. When the supplemental agreements have been executed on behalf of the United States, a copy of each will be furnished for your records.

Also inclosed is a draft of new license to replace License No. DACW03-3-74-126 which is not transferable. If the proposed license is satisfactory, please have both copies executed, insert the date of signing, complete the corporate certificates, affix the corporate seal, and return both copies to us. When the license has been executed on behalf of the United States, a copy will be furnished for your records.

Sincerely,

9 Incl
As stated

CHARLES E. BURCHAM
Chief, Real Estate Division

Copy furnished:
Res Engr, Greers Ferry

DEPARTMENT OF THE ARMY
AGREEMENT FOR MUTUAL CANCELLATION OF LEASE
OF UNITED STATES PROPERTY
GREERS FERRY LAKE

Lease No. DACW03-1-70-886

IT IS HEREBY MUTUALLY AGREED between Eden Isle Marina, Inc. and the Secretary of the Army that Lease No. DACW03-1-70-886, as supplemented, is hereby terminated at the close of business on December 31, 1998. The parties further mutually agree to enter into a new lease for the same purposes, beginning January 1, 1999, and ending December 31, 2023.

WITNESS:

Elyne Boot
Realty Specialist

EDEN ISLE MARINA, INC.

By: Ronnie Walter

Title: President

UNITED STATES OF AMERICA

By: Billy G. Cabe
Billy G. Cabe
Chief, Real Estate Division

Date: 4/22/99