IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| EDEN ISLE MARINA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-127 C |
| | ) | (Judge Damich) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S SECOND UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) and 6.1 of the United States Court of Federal Claims (RCFC), defendant United States respectfully requests a ten day enlargement of time, to and including June 21, 2007, to file a response to the complaint. Our response is currently due on June 11, 2007. This is defendant's second request for an enlargement for this purpose. On June 8, 2007, counsel for defendant contacted Marian McMullan, counsel for the plaintiff, who indicated that plaintiff does not oppose this motion.

As stated in our earlier motion, defendant's counsel has been working with counsel for the U.S. Army Corps of Engineers since shortly after being assigned the case. Counsel has been in frequent contact with agency counsel and has been working diligently with him to obtain the litigation report and other documents necessary to complete the answer. Unfortunately, agency counsel has recently been absent from work and therefore unavailable owing to a death in his family. Additionally, as we noted earlier, the lease documents relevant to this case are voluminous, and the complaint is lengthy and complex.

This enlargement is necessary to ensure adequate time for the agency to complete a litigation report, as well as adequate time for defendant's counsel to prepare a thorough response,

and to obtain the necessary supervisory review of the Government's response.

For the foregoing reasons, defendant respectfully requests the Court to grant this motion for a brief enlargement of time of ten days, to and including June 21, 2007, within which to file a response to the plaintiff's complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

MARK A. MELNICK
Assistant Director

/s/ Joan M. Stentiford
JOAN M. STENTIFORD
Trial Attorney
Commercial Litigation Branch
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
Tele: (202) 616-0341
Fax: (202) 514-8624

June 11, 2007

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this _11th day of June, 2007, the foregoing “DEFENDANT’S MOTION FOR AN ENLARGEMENT OF TIME”, was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Joan M. Stentiford
JOAN M. STENTIFORD