# In the United States Court of Federal Claims

No. 07-127C
(Filed: September 21, 2007)

*****************************************

| | |
|---|---|
| **EDEN ISLE MARINA, INC.** | * |
| Plaintiffs, | * |
| v. | * |
| **THE UNITED STATES,** | * |
| Defendant. | * |

*****************************************

## SCHEDULING ORDER

On September 21, 2007, the Court held a preliminary status conference with the parties to address the parties' proposed discovery and trial schedule and certain dispositive motions suggested by Defendant. Pursuant to discussions during that conference, the Court hereby ORDERS the following schedule in this case:

| | |
|---|---|
| Completion of Fact Discovery | June 30, 2008 |
| Deadline for filing amendments to pleadings | June 30, 2008 |
| Expert reports | August 1, 2008 |
| Deadline to file motions regarding statute of limitations issues | August 1, 2008 |
| Rebuttal expert reports | September 2, 2008 |
| Completion of expert depositions/close of expert discovery | November 3, 2008 |
| Joint status report (which should list the dispositive motions parties intend to file) | November 10, 2008 |
| Post-discovery status conference | 2:00 p.m. EST, November 18, 2008 |

Deadline to file all dispositive motions December 1, 2008

Counsel for the parties should contact law clerk Ernesto Sanchez at (202) 357-6486 with any questions that may arise.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge