# In the United States Court of Federal Claims

No. 07-127 C
(Filed: February 29, 2008)

EDEN ISLE MARINA, INC.

v.

UNITED STATES

NOTICE OF REASSIGNMENT TO:

Judge Margaret M. Sweeney

Pursuant to Rule 40.1 this case has been reassigned to the above Judge for the conduct of proceedings pursuant to the Rules of the United States Court of Federal Claims.

s/ John Buckley
Acting Clerk