# In the United States Court of Federal Claims

No. 07-127 C
(Filed: March 4, 2008)

***********************************
EDEN ISLE MARINA, INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

**ORDER**

The above-captioned case was transferred to the undersigned on February 29, 2008. As a result of communications between plaintiff's counsel and the law clerk of the transferring judge, the court conducted a status conference on March 4, 2008. During the status conference, plaintiff's counsel expressed concern that the court's previous representation of the United States Army Corps of Engineers while working as a trial attorney for the Environment and Natural Resources Division of the United States Department of Justice might disqualify the court from presiding over this matter. The court acknowledged that it did represent the Corps of Engineers while employed at the Department of Justice. However, the court informed counsel that, other than the information it gleaned from plaintiff's complaint, defendant's answer, and the parties' joint preliminary status report, it was unacquainted with the facts presented in the instant litigation. Specifically, the court has no personal knowledge of and has had no involvement with the activities of the Corps of Engineers described in the complaint.

As the court expressed during the status conference, if, after reviewing the relevant statutory and case law,[1] plaintiff believes that recusal is warranted, it is welcome to file a motion for recusal. Defense counsel indicated that she would review any such motion filed by plaintiff

[1] The court refers counsel to 28 U.S.C.A. § 455 (2006), and the following "Notes of Decisions" that appear in the statute's annotation: 124-130, 162, and 390-400.

and respond as necessary. If plaintiff ultimately determines that it will not file a motion for recusal, plaintiff shall file a brief status report apprising the court of that fact.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge