UNITED STATES COURT OF FEDERAL CLAIMS

EDEN ISLE MARINA, INC. PLAINTIFF

V. CASE NO. 07-127-C

U. S. ARMY CORPS OF ENGINEERS,
LITTLE ROCK DISTRICT,
ACTING THROUGH AND IN BEHALF OF
THE UNITED STATES OF AMERICA DEFENDANT

UNOPPOSED MOTION FOR LEAVE TO CONDUCT ADDITIONAL DEPOSITIONS

Comes the Plaintiff Eden Isle Marina, Inc., by and through its attorneys, James & House, P.A., and The McMullan Law Firm and for its Motion, states:

1. Plaintiff Eden Isle Marina, Inc. moves for leave to take, pursuant to Rule 30(a)(2)(A) of the Rules of the Court of Federal Claims, five additional depositions.

2. As the Court is aware, Rule 30(a)(2)(A) allows for ten depositions without leave of the Court. To date, Plaintiff has conducted eight depositions.

3. Plaintiff presently seeks leave of the Court to conduct an additional five depositions over the ten deposition presumptive limit.

4. Plaintiff is authorized to state that its counsel has conferred with counsel for the government and that they have no objection to this extension.

5. An Agreed Order is attached hereto as Exhibit A and incorporated herein.

WHEREFORE, Plaintiff Eden Isle Marina, Inc. prays that its Unopposed Motion For Leave to Conduct Additional Depositions be granted; and for all other just and

proper relief.

Respectfully submitted,

PATRICK R. JAMES, Bar No. 82084
James & House, P.A.
801 West Third Street
P. O. Box 3585
Little Rock, AR 72203-3585
(501) 372-6555 - Telephone
(501) 801-2991 - Direct Dial
(501) 372-6333 - Facsimile
pjames@jamesandhouse.com

and

Marian Major McMullan
THE McMULLAN LAW FIRM
P. O. Box 2839
Little Rock, AR 72203-2839
(501) 376-9119
(501) 376-8437 (fax)
McMullan@mcmullanlawfirm.com

CERTIFICATE OF SERVICE

I, Patrick R. James certify that on April 29, 2008, I electronically filed Plaintiffs Unopposed Motion For Leave To Conduct Additional Depositions with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to the following:

Joan.Stentiford-Ulmer@usdoj.gov

Joan M. Stentiford, Trial Attorney
Commercial Litigation Branch
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street
Washington, D.C. 20530

PATRICK R. JAMES