UNITED STATES COURT OF FEDERAL CLAIMS

EDEN ISLE MARINA, INC. PLAINTIFF

V. CASE NO. 07-127-C

U. S. ARMY CORPS OF ENGINEERS,
LITTLE ROCK DISTRICT,
ACTING THROUGH AND IN BEHALF OF
THE UNITED STATES OF AMERICA DEFENDANT

AGREED ORDER GRANTING LEAVE TO CONDUCT ADDITIONAL DEPOSITIONS

On this _____ day of April 2008 comes before this Court Plaintiff Eden Isle Marina, Inc.'s Motion For Leave To Conduct Additional Depositions. After reviewing the pleadings the Court finds that the Motion should be and is hereby granted. Plaintiff is granted leave to take an additional five depositions over the 10 deposition presumptive limit.

IT IS SO ORDERED.

_______________________________
JUDGE MARGARET M. SWEENEY

_______________________________
DATED

PREPARED BY:

_______________________________
PATRICK R. JAMES, Bar No. 82084
James & House, P.A.
801 West Third Street
P. O. Box 3585
Little Rock, AR 72203-3585
(501) 372-6555 - Telephone
(501) 801-2991 - Direct Dial
(501) 372-6333 - Facsimile
pjames@jamesandhouse.com