# In the United States Court of Federal Claims

No. 07-127 C
(Filed: April 30, 2008)

| | |
|---|---|
| EDEN ISLE MARINA, INC., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |

## ORDER

On April 29, 2008, plaintiff in the above-captioned case filed an Unopposed Motion for Leave to Conduct Additional Depositions seeking to conduct five depositions beyond the number permitted by the Rules of the United States Court of Federal Claims ("RCFC"). However, plaintiff's attorney of record did not sign the motion. See RCFC 11(a) ("Every . . . motion . . . shall be signed by or for the attorney of record . . . ."); see also RCFC 83.1(c)(1) ("There shall be but one attorney of record for a party in any case at any one time . . . ."). The court will permit plaintiff to file this motion, but future violations of RCFC 11(a) will result in the striking of the submitted pleading, motion, or other paper.

Plaintiff's unopposed motion to conduct an additional five depositions is **GRANTED**.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge