# In the United States Court of Federal Claims

No. 07-127 C
(Filed: July 22, 2008)

***********************************
EDEN ISLE MARINA, INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

## ORDER

The court will conduct a telephonic status conference in the above-captioned case on **Monday, August 4, 2008, at 4:30 p.m.** The court will initiate the conference call. If any counsel, other than the counsel of record for plaintiff and defendant, would like to participate in the status conference, he or she shall contact chambers at (202) 357-6644, **no later than Friday, August 1, 2008**, with the phone number where he or she can be reached.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge