# In the United States Court of Federal Claims

No. 07-127 C
(Filed: August 5, 2008)

| | |
|---|---|
| *********************************** | |
| EDEN ISLE MARINA, INC., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| *********************************** | |

## ORDER

The court conducted a status conference in the above-captioned case on August 4, 2008. As discussed during the status conference and agreed to by the parties, the parties shall file a joint status report **no later than Friday, August 15, 2008**, suggesting a revised scheduled for future proceedings. Additionally, the court **VACATES** all of the remaining deadlines set forth in the September 21, 2007 scheduling order.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge