**UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **EDEN ISLE MARINA, INC.** | **PLAINTIFF** |
| **V.** **CASE NO. 07-127C** | |
| **THE UNITED STATES OF AMERICA ACTING THROUGH AND ON BEHALF OF U. S. ARMY CORPS OF ENGINEERS, LITTLE ROCK DISTRICT** | **DEFENDANT** |

## JOINT STATUS REPORT AND AMENDED SCHEDULING ORDER

The parties submit the following joint status report and amended Scheduling Order:

| | |
|---|---|
| Completion of fact discovery | January 31, 2009 |
| Deadline for filing amendments to pleadings | January 31, 2009 |
| Expert reports | February 1, 2009 |
| Defendant's deadline to file motions regarding statute of limitations issues | February 1, 2009 |
| Rebuttal expert reports | March 2, 2009 |
| Completion of expert depositions/close of expert discovery | May 3, 2009 |
| Joint status report (which should list the dispositive motions parties intend to file) | May 10, 2009 |
| Post-discovery status conference | TBD by Court |
| Deadline to file all dispositive motions | June 1, 2009 |

Counsel for the parties should contact Ms. Beryl Sanders at (202) 357-6644 with any questions that may arise.

Respectfully submitted,

/s/ Marian M. McMullan
MARIAN M. MCMULLAN, AR Bar No. 86123
The McMullan Law Firm
P. O. Box 2839
Little Rock, AR 72203-2839
(501) 376-9119 - Telephone
(501) 376-8437 – Facsimile
E-mail: mmcmullan@mcmullanlawfirm.com

and

PATRICK R. JAMES, AR Bar No. 82084
MATTHEW R. HOUSE, AR Bar No. 99150
James & House, P.A.
P. O. Box 3585
Little Rock, AR 72203-3585
(501) 372-6555 – Telephone
(501) 372-6333 – Facsimile
E-mail: pjames@jamesandhouse.com
E-mail: mhouse@jamesandhouse.com

*Attorneys for Eden Isle Marina, Inc.*

and

/s/ Joan M. Stentiford
Joan M. Stentiford, Bar No. ____________
Trial Attorney, Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530
(202) 616-0341 – Telephone
(202) 514-8624 – Facsimile
E-mail: Joan.Stentiford-Ulmer@USDOJ.GOV

*Attorney for the United States of America*