# In the United States Court of Federal Claims

No. 07-127 C
(Filed: August 15, 2008)

*************************************
EDEN ISLE MARINA, INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*************************************

## ORDER

The parties in the above-captioned case filed a "Joint Status Report and Amended Scheduling Order."[1] The court adopts the parties' proposed schedule,[2] as follows:

- The parties shall complete fact discovery **no later than Friday, January 30, 2009**.
- The parties shall file any amendments to their pleadings **no later than Friday, January 30, 2009**.
- Expert reports are due **no later than Monday, February 2, 2009**.
- Defendant shall file any motion concerning the statute of limitations **no later than Monday, February 2, 2009**.
- Rebuttal expert reports are due **no later than Monday, March 2, 2009**.

---

[1] In its August 5, 2008 order, the court directed the parties to file a joint status report "suggesting a revised scheduled for future proceedings." Here, the parties fashioned the requested joint status report as an order. This is improper because only the court may enter orders. The parties should take care in the future to avoid fashioning their status reports as "orders."

[2] The parties suggested several deadlines that fell on the weekend: January 31, 2009; February 1, 2009; May 3, 2009; and May 10, 2009. Thus, the court altered the suggested deadline to the closest business day.

- The parties shall complete expert discovery **no later than Monday, May 4, 2009**.

- The parties shall file a joint status report describing the dispositive motions that they intend to file **no later than Monday, May 11, 2009**. If the parties indicate that they will not be filing any dispositive motions, the court will contact the parties to schedule a status conference to discuss further proceedings. If one or both of the parties indicate an intent to file a dispositive motion, such motion(s) shall be filed **no later than Monday, June 1, 2009**.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge