UNITED STATES COURT OF FEDERAL CLAIMS

EDEN ISLE MARINA, INC. PLAINTIFF

V. CASE NO. 07-127-C

U. S. ARMY CORPS OF ENGINEERS,
LITTLE ROCK DISTRICT,
ACTING THROUGH AND IN BEHALF OF
THE UNITED STATES OF AMERICA DEFENDANT

# PLAINTIFF'S MOTION TO COMPEL

Comes the Plaintiff, Eden Isle Marina, Inc., by and through its attorneys, James & House, P.A., and The McMullan Law Firm, and for its Motion states:

## I. PLAINTIFF'S WRITTEN DISCOVERY

1. On December 6, 2007, Plaintiff generated its First Sets of Requests For Admissions, Interrogatories, and Requests for Production of Documents to Defendant.

2. The discovery requests were calculated to lead to the discovery of relevant evidence.

### A. Requests For Admissions

3. On January 8, 2008, Defendant responded to Plaintiff's Requests for Admissions, a copy of which is attached hereto as Exhibit A and incorporated by reference.

4. As described in the accompanying Brief, Defendant filed a five-page response but failed to include page 3 of the Response. Despite repeated requests, page 3 has never been provided and it is unclear as to whether it even exists.

5. Accordingly, Request for Admissions Nos. 7, 8, 9, and 10 should be deemed admitted. Also as described in the accompanying Brief, Defendant's Responses to Request for Admissions Number 11 is incomplete and Defendant should be compelled to respond.

B. Interrogatories

6. Also on January 8, 2008, Defendant responded to Plaintiff's Interrogatories, a copy of which are attached hereto as Exhibit B and incorporated by reference.

7. Similarly, as described in the accompanying Brief, Defendant's Responses to Interrogatory Nos. 1, 4 and 5 are incomplete and Defendant should likewise be compelled to answer.

8. Defendants did provide a "draft" response to Interrogatory No. 5, but never provided a formal response. A copy of the "draft" response is attached as Exhibit C.

C. Requests For Production Of Documents

9. With regard to Plaintiff's Requests for Production of Documents, Defendant simple chose not to respond contending responsive documents had been produced prelitigation through the FOI process.

10. As a result of its failure to respond, the Corps has waived its objections to Plaintiff's Requests for Production of Documents.

11. In April of 2008, after months of discovery and depositions, Defendant elected to provide draft responses to Plaintiff's Request for Production of Documents. Copies of these draft responses are attached hereto as Exhibit D and incorporated by reference.

12. Plaintiff respectfully submits that these draft responses constitute non answers until signed.

13. Regardless, as described in the accompanying Brief, Defendant's draft responses to the following Requests for Production of Documents are insufficient and Defendant should be compelled to answer: Request for Production Nos. 1, 2, 3, 4, 5, 6, 7, 8, 9, 11, 12, 13, 15, 16, 17, 18, 19, 21 and 22.

II DEFENDANT'S WAIVER OF THE ATTORNEY CLIENT PRIVILEGE

14. Finally, Plaintiff moves to compel all documents and information responsive to their discovery requests for which the Defendant has asserted the attorney-client privilege.

15. Attached hereto as Exhibit E and incorporated by reference are copies of documents voluntarily produced by the Defendant sent, by, to, or carbon copied to counsel.

16. Plaintiff submits that the Defendants voluntary production of attorney-client privileged communication waives the Defendants' right to withhold other documents as the documents voluntarily disclosed.

17. Accordingly, the Defendants should be compelled to produce all documents and information responsive to Plaintiff's discovery requests for which it previously asserted the attorney-client privilege.

WHEREFORE, Plaintiff Eden Isle Marina, Inc. prays that its Motion to Compel be

granted; and for all other just and proper relief.

Respectfully submitted,

/s/ Patrick R. James

PATRICK R. JAMES, Bar No. 82084
James & House, P.A.
801 West Third Street
P. O. Box 3585
Little Rock, AR 72203-3585
(501) 372-6555 - Telephone
(501) 801-2991 - Direct Dial
(501) 372-6333 - Facsimile
pjames@jamesandhouse.com

and

Marian Major McMullan
THE McMULLAN LAW FIRM
P. O. Box 2839
Little Rock, AR 72203-2839
(501) 376-9119
(501) 376-8437 (fax)
McMullan@mcmullanlawfirm.com

CERTIFICATE OF GOOD FAITH

I certify that counsel for Plaintiff Eden Isle Marina, Inc. has in good faith conferred with counsel for the United States of America in an effort to resolve this discovery dispute without the Court's intervention.

/s/ Patrick R. James
Patrick R. James

CERTIFICATE OF SERVICE

I, Patrick R. James certify that on September 16, 2008, I electronically filed Plaintiff's Motion To Compel with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to the following:

Joan.Stentiford-Ulmer@USDOJ.GOV

Joan M. Stentiford, Esq.
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

Jim.W.Cullum@usace.army.mil

Mr. Jim Cullum Esq.
Corps of Engineers
CESWL-OC
P. O. Box 867
Little Rock, AR 72203

/s/ Patrick R. James
PATRICK R. JAMES