IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| EDEN ISLE MARINA, INC. | ) | |
| | ) | |
| Plaintiff, | ) | No. 07-127C |
| v. | ) | Judge Damich |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES

Interrogatory No. 1: For each of the companion Request for Admissions which are not unequivocally admitted in whole, please state:
a. What parts are admitted;
b. What parts are denied;
c. Each and every reason for denial;
d. Provide the names, addresses and telephone numbers of all persons having knowledge of these facts;
e. Identify all documents which support your answer;

Response: Defendant's responses to plaintiff's requests for admissions speak for themselves as to what is admitted and denied. The individuals with knowledge of the facts underlying defendant's responses are identified in the Government's initial disclosures provided to plaintiff in accordance with Rule 26 of the Rules of the Court of Federal Claims. All relevant documents will be made available for inspection and copying at the Office of the Army Corps of Engineers, in Little Rock, Arkansas, on or about January 8, 2008.

Interrogatory No. 2: Identify each witness whom you may call to testify at any trial or hearing of this case. For each witness please:

a. Provide the name, address, and telephone of each such witness;
b. A short summary of the testimony that you expect such witness to give at the trial of this matter;
c. Provide the names, addresses and telephone numbers of all persons

EXHIBIT
B

having knowledge of these facts; and
d. Identify all documents which support your answer.

Response: Defendant has not yet determined which witnesses it will call at trial, and reserves the right to supplement this answer when trial witnesses are selected.

Interrogatory No. 3: Please identify each opinion (lay and expert) witness you intend to call at any trial or hearing of this matter and, please state:
a. Fully and completely describe each and every opinion;
b. The name, address, and telephone number of each such witness;
c. The basis for any opinions to be rendered;
d. All treatises, authorities or other resources relied upon;
e. Provide the names, addresses, and telephone numbers of all persons having knowledge of these facts; and
f. Identify all documents which support your answer.

Response: Defendant has not yet determined which opinion witnesses it will call at trial, and reserves the right to supplement this answer when opinion witnesses are selected.

Interrogatory No. 4: Identify all persons known to you, your attorneys, or other representatives who have knowledge of the facts alleged or described in the pleadings, or of any of the facts relevant or material to the issues alleged in the Complaint and amendments thereto including, but not limited to, your Rule 26 disclosures.

Response: The individuals with knowledge of the facts relevant to plaintiff's allegations in the complaint were previously identified in the Government's initial disclosures provided to plaintiff in accordance with Rule 26 of the Rules of the Court of Federal Claims. Defendant reserves the right to supplement this answer if and when additional

individuals with relevant knowledge are identified.

Supplement

Interrogatory No. 5: From 1990 has the Little Rock District, or any other District of the Corps, terminated or threatened termination of a Marina's lease? If so, please:
a. Identify the marina, including name and address;
b. Fully and completely describe the reason for termination or threat of termination;
c. Identify the Corps office involved including the principal Corps representatives;
d. Provide all documents summarizing the reason for termination or threat of termination; and
e. If an adversarial proceeding or litigation was filed, provide the style of the case, the Complaint, the Answer, and any dispositive findings, rulings, or orders.

Response: Objection. This interrogatory is overbroad, burdensome, and not reasonably calculated to lead to the discovery of admissible evidence. Without waiving this objection, defendant states that it is unaware of any occasion on which the Little Rock District Office of Army Corps of Engineers terminated or threatened to terminate the lease of a marina, including the lease held by the plaintiff.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

MARK A. MELNICK
Assistant Director

/s Joan M. Stentiford

OF COUNSEL:
JAMES CULLUM
Assistant District Counsel
Little Rock District
U.S. Army Corps of Engineers
Little Rock, Arkansas

JOAN M. STENTIFORD
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 353-7995
Facsimile: (202) 514-8624

January 8, 2008

Counsel for Defendant

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on the 8th day of January, 2008, I caused copies of "DEFENDANT'S RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES," to be sent by overnight delivery to:

Marian Major McMullan, Esq.
The McMullan Law Firm
815 W. Markham Street
P.O. Box 2839
Little Rock, Arkansas 72203

[signature]