IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| EDEN ISLE MARINA, INC. | ) | |
| | ) | |
| Plaintiff, | ) | No. 07-127C |
| v. | ) | Judge Sweeney |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S RESPONSES TO PLAINTIFF'S REQUESTS FOR PRODUCTION OF DOCUMENTS

Defendant, the United States, hereby serves these responses to plaintiff's requests for production of documents.

**Request for Production No. 1:** **Please provide copies of all documents identified in the companion Interrogatories and Requests for Admissions.**

Response:

**Request for Production No. 2:** **Please provide copies of all documents which support your defense of the doctrine of accord and satisfaction.**

Response:

**Request for Production No. 3:** **Please provide copies of all documents which support your affirmative defense of statute of limitations.**

Response:

**Request for Production No. 4:** **Please provide copies of all documents which support your affirmative defense of assumption of risk.**

Response:



EXHIBIT
tabbies
D

<u>Request for Production No. 5:</u> **Please provide copies of all documents which support your affirmative defense of Anti-Deficiency Act.**

<u>Response:</u>

<u>Request for Production No. 6:</u> **Please provide copies of all documents generated by any office in the Arkansas Corps of Engineers sent to out of state superiors for approval of the MOU or Cove Creek including but not limited to, documents sent to the Chief of Engineers, General Ballard, or any other entity or person in Washington D.C.**

<u>Response:</u> The defendant has previously furnished the plaintiff voluminous compilations of documents. On July 8, 1998 the plaintiff and the plaintiff's counsel at that time visited the Greers Ferry Project Office and reviewed files there, copying 69 pages of files. On July 12-14 2006 the plaintiff's counsel and law clerks examined 17 boxes of files and marked a majority of the documents therein to be copied. On October 23, 2006 the plaintiff's counsel examined additional files at the Greers Ferry Lake Project Office, which resulted in another 850 pages of documents being provided to counsel for the plaintiff.

Among the materials previously furnished by the defendant, the following items are again provided and are specifically directed to the plaintiff's attention:

A copy of the MOU dated February 2, 1999 was sent through the Southwestern Division to HQUSACE for review and approval.

A memorandum requesting approval from the Commander, HQUSACE was sent by Mr. Billy Cabe, Chief of the Little Rock District Real Estate Division, on 3 February 1999.

On 4 February 1999 Mr. C.E. Shuford Jr. forwarded the MOU to the Commander of HQUSACE for approval

An "Issue Paper" dated 1 March 1999 indicates that on February 3, 1999 a memo was written to HQUSACE requesting authority to proceed with a lease as agreed upon by Mr. Walters and Mr. Cabe in the MOU.

An "Issue Paper" dated 1 March 1999 indicates that approval was requested from HQUSACE to proceed with a 25 year lease to Mr. Walters IAW the MOU "as funds become available".

On 19 March 1999, Ms. Elizabeth Faggot, Acting Director of Real Estate at HQUSACE notified the HQUSACE Commander of her concurrence with the Southwestern Division and Little Rock District's recommendation that the MOU be approved.

A memo notifying the Little Rock District that the MOU had been approved by HQUSACE was signed by C.E. Shufford, Jr., Director of the Engineering and Technical Services Directorate at the Southwest Division, on 1 April 1999.

An "Issue Paper" dated 1 April 1999 indicates that approval was received from HQUSACE to proceed with a 25 year lease to Mr. Walters IAW the MOU.

**Request for Production No. 7: Please provide copies of all documents sent to or received from Martin Lancaster in any way related to this dispute, the facts underlying this dispute, or Eden Isle Marina.**

Response: Among the materials previously furnished by the defendant, the following items are again provided and are specifically directed to the plaintiff's attention:

Memorandum For Record dated 15 October 1996, Subject: Trip Report – ASA-CW visit to Memphis, Little Rock, Tulsa and Seattle, 06-11 October 1996.

An email dated 24 October 1996 from Colonel Phillip S. Morris to Mr. Billy Cabe regarding a telephone call from ASA-CW Martin Lancaster.

A memorandum dated 25 October 1996 from ASA-CW Martin Lancaster to the District Engineer of the Little Rock District.

An email dated 20 November 1998 from LTC Kurt Hoffman to Colonel William H. Throop, transmitting an attached response to Congressman Marion Berry for the use of HQUSACE and the ASA-CW, with a single page presumed to be the attachment.

**Request for Production No. 8:** **Please provide copies of all documents sent to or received from Dr. John Zirschky in any way related to this dispute, the facts underlying this dispute, or Eden Isle Marina.**

Response: No documents sent to nor received from Dr. John Zirschky were located in the defendant's files.

**Request for Production No. 9:** **Please provide copies of all documents sent to or received from the Secretary of the Army or any assistant to the Secretary of the Army in any way related to this dispute, the facts underlying this dispute, or Eden Isle Marina.**

Response: Among the materials previously furnished by the defendant, The following items are again provided and are specifically directed to the plaintiff's attention:

An email dated 24 October 1996 from Colonel Phillip S. Morris to Mr. Billy Cabe regarding a telephone call from ASA-CW Martin Lancaster.

A memorandum dated 25 October 1996 from ASA-CW Martin Lancaster to the District Engineer of the Little Rock District.

A letter dated 17 November 1998 from Congressman Marion Berry to Dr. Joseph Westphal.

An email dated 20 November 1998 from LTC Kurt Hoffman to Colonel William H. Throop, transmitting an attached response to Congressman Marion Berry for the use of HQUSACE and the ASA-CW, with a single page presumed to be the attachment.

A letter dated 22 January 1999 from Mr. Craig Wood to Colonel Thomas A. Holden, Jr., and copied to ASA-CW Joseph Westphal,

A letter dated 31 March 1999 from ASA-CW Joseph Westphal to Congressman Marion Berry.

**Request for Production No. 10: Please provide copies of all documents sent to or received from any member of the Arkansas Congressional Delegation including, but not limited to, Marion Berry, David Pryor, Mark Pryor, Dale Bumpers, Tim Hutchinson and Blanche Lincoln in any way related to this dispute, the facts underlying this dispute, or Eden Isle Marina.**

Response: Among the materials previously furnished by the defendant, the following items are again provided and are specifically directed to the plaintiff's attention:

A letter dated 17 July 1996 from Senator Dale Bumpers to Colonel P.S. Morris concerning a proposal to add a 6-stall houseboat dock.

A letter dated 26 July 1996 from Colonel P.S. Morris to Senator Dale Bumpers concerning development of Eden Isle Marina.

A Fact Sheet dated 24 August 1998 from the Real Estate Division of the Little Rock District, setting out a chronology of events up to that time.

A Fact Sheet dated 27 August 1998 from the Real Estate Division of the Little Rock District, setting out a chronology of events up to that time.

A Fact Sheet dated 17 September 1998 from the Real Estate Division of the Little Rock District, setting out a chronology of events up to that time.

A Fact Sheet dated 16 November 1998 from the Real Estate Division of the Little Rock District, setting out a chronology of events up to that time.

A letter dated 17 November 1998 from Congressman Marion Berry to Dr. Joseph Westphal.

An email dated 20 November 1998 from LTC Kurt Hoffman to Colonel William H. Throop, transmitting an attached response to Congressman Marion Berry for the use of HQUSACE and the ASA-CW, with a single page presumed to be the attachment.

A letter dated 4 December 1998 from Mr. Ron McKenzie to Senator Blanche Lincoln, copied to Congressman Marion Berry and Senator Tim Hutchinson as well as ASA-CW Dr. Joseph Westphal, and Colonel Thomas A. Holden.

A petition dated 4 December 1998 sent by Everett E. Talburt to Senator Blanche Lincoln, Congressman Marion Berry, Senator Tim Hutchinson, ASA-CW Dr. Joseph Westphal, and Colonel Thomas A. Holden.

A letter dated 11 December 1998 from Cleburne County Judge Claude Dill to Colonel Thomas A. Holden urging expansion of Eden Isle Marina, copied to Arkansas Congressional delegation and ASA-CW Joseph Westphal.

A letter dated 15 December 1998 was sent by Dodridge Daggett to members of the Arkansas Congressional Delegation including Marion Berry, Tim Hutchinson and Blanche Lincoln as well as ASA-CW Dr. Joseph Westphal, and Colonel Thomas A. Holden.

A letter dated 22 December 1998 from Colonel Thomas A. Holden to Mr. Charles M. Ward concerning the issue of expansion of Eden Isle Marina, copied to ASA-CW Joseph Westphal.

A Fact Sheet dated 5 January 1999 from the Real Estate Division of the Little Rock District, setting out a chronology of events leading up to an agency proposal concerning the Eden Isle Marina leasehold.

An email from Mr. Billy Cabe to Colonel Thomas Holden dated 21 January 1999 detailing a telephone conversation with an aide to Senator Blanche Lincoln.

An estimate of the cost for providing facilities at Cove Creek Park, dated 2 February 1999, prepared by Mr. Tommy Park.

A letter dated 4 February 1999, was sent from Colonel Thomas A. Holden, Jr. to Senator Blanche Lincoln, Congressman Marion Berry, and Senator Tim Hutchinson transmitting a copy of the MOU.

A Fact Sheet dated 4 March 1999 from the Real Estate Division of the Little Rock District, discussing funding requirements for facilities at Cove Creek Park.

An email from Mr. Tommy Park to Ms. Beverly Matthews dated 11 March 1999 detailing a telephone conversation with an aide from Senator Tim Hutchinson's office regarding funding for Cove Creek Park.

An email dated 12 March 1999 from Ms. Karen Bowen to Mr. Bruce Hardie and Mr. Anthony Ragar concerning preparation of a reply to Congressman Marion Berry.

A letter dated 16 March 1999 from Senator Tim Hutchinson to Colonel Thomas Holden.

A letter dated 31 March 1999 from ASA-CW Joseph Westphal to Congressman Marion Berry.

An "Issue Paper" dated 1 April 1999 indicates that approval was received from HQUSACE to proceed with a 25 year lease to Mr. Walters IAW the MOU. It also discussed the lessee's contact with Senator Hutchinson concerning funding for facilities at Cove Creek Park and stated that a fact sheet had been forwarded to Senator Hutchinson concerning the funding requirements of the project.

A Fact Sheet dated 1 July 1999 from the Real Estate Division of the Little Rock District, discussing funding requirements for facilities at Cove Creek Park.

An Issue Paper dated 1 July 1999 from the Real Estate Division of the Little Rock District, discussing lessee's contact with Senator Hutchinson concerning funding for facilities at Cove Creek Park and stating that a fact sheet had been forwarded to Senator Hutchinson concerning the funding requirements of the project.

A DA Form 751, telephone conversation record dated 25 August 1999 by Mr. Billy Cabe regarding a conversation with an aide to Senator Blanche Lincoln.

A letter dated 7 December 1999 from Senator Tim Hutchinson to Colonel Tomas Holden, Jr., stating that the Senator did not become aware of the shortfall in funding for Cove Creek Park until after the FY 2000 Energy and Water Development Appropriations bill was passed by the Senate.

A letter from Colonel Thomas A. Holden, Jr., dated 22 December 1999 to Senator Tim Hutchinson, apologizing for failing to notify the Senator's staff of "the funding shortfall".

An "Issue Paper" dated 27 January 2000 indicates that approval was received from HQUSACE to proceed with a 25 year lease to Mr. Walters IAW the MOU. It also discussed the lessee's contact with Senator Hutchinson concerning funding for facilities at Cove Creek Park and stated that a fact sheet had been forwarded to Senator Hutchinson concerning the funding requirements of the project.

A Fact Sheet dated 1 February 2000 regarding new facilities for Cove Creek Park on Greers Ferry Lake. It proposed a budget request for $1,150,000 for FY 2000.

A Fact Sheet dated 9 February 2000 regarding new facilities for Cove Creek Park on Greers Ferry Lake. It proposed a $360,000 allocation for FY 2000 and a budget request for $1,510,000 for FY 2001.

A Fact Sheet dated 17 July 2000 regarding new facilities for Cove Creek Park on Greers Ferry Lake. It proposed a $360,000 allocation for FY 2000 and a budget request for $1,510,000 for FY 2001.

An "Issue Paper" dated 24 August 2000 indicating that the Corps had taken scarce O&M funds for the design of facilities at Cove Creek Park, and stating that whether construction begins in FY 2001 depends on whether congressional add-on funding was provided.

**Request for Production No. 11: Please provide copies of all documents evidencing the issuance of a cease and desist order to a marina operator by any Corps office in the State of Arkansas in the last twenty (20) years.**

Response: The Defendant objects to the request as it is overbroad and unduly burdensome. The Defendant has searched the records of the Little Rock District, and has provided the signed cease and desist order dated October 25, 1996 with regard to Eden Isle Marina.

**Request for Production No. 12: Please provide copies of all documents evidencing the issuance of a cease and desist order to a marina operator by any Corps office for the nation in the last twenty (20) years.**

Response: The Defendant objects to the request as it is overbroad and unduly burdensome. The Defendant has searched the records of the Little Rock District, and has provided the signed cease and desist order dated October 25, 1996 with regard to Eden Isle Marina.

**Request for Production No. 13: Please provide copies of all documents in any way relating to the issuance of the cease and desist order against Eden Isle Marina in October 2006, including but not limited to, documents issued outside the Little Rock Office as well as the Vicksburg Office and Washington, D.C.**

Response: The Defendant has searched the records of the Little Rock District, and has provided the signed cease and desist order dated October 25, 1996 with regard to Eden Isle Marina.

Among the materials previously furnished by the defendant, the following items are again provided and are specifically directed to the plaintiff's attention:

A letter dated 12 August 1998 from Mr. Ronnie Walters requesting that a written rescission of the cease & desist order be issued.

A Fact Sheet dated 27 August 1998 which indicates that on 24 October 1996 the lessee was directed to cease all new construction and expansion until further notice.

**Request for Production No. 14: Please provide a copy of Martin Lancaster's personnel file specifically including any and all documents from Congressman Marion Berry as well as any other documents evidencing Berry's impact or recommendation that Martin attain any position with the government.**

Response: The Army Corps of Engineers does not maintain personnel files on Mr. Martin Lancaster or any other undersecretary of the Department of the Army.

**Request for Production No. 15: Please provide copies of all documents in any way addressing the feasibility of a marina at Cove Creek including but not limited to, all environmental assessments, (Including drafts, correspondence, memorandums or emails) internal memorandum communications, and all other responsive documents.**

Response: Among the materials previously furnished by the defendant, the following items are again provided and are specifically directed to the plaintiff's attention:

Email dated 16 August 2000 from Scott Hodge to Anthony Ragar regarding the need for information from Eden Isle Marina to enable the Corps of Engineers to complete the design of the utility system for Cove Creek.

A letter dated 21 June 2000 from Mr. Billy Cabe to Mr. Ronnie Walters requesting a conceptual plan for development of Eden Isle Marina, Site B, so that the Corps of Engineers could proceed with plans for placement of utilities.

A memorandum by Mr. Tommy Park dated 8 February 2001 concerning a meeting held on that date to discuss plans for development of the Cove Creek marina site, with two pages of diagrams and a page of notes from a meeting with Mr. And Mrs. Walters held on 4 January 2001.

Memo to file dated 3 August 1999 by Mr. Chris Roark (with 1 page diagram) concerning a meeting with Mr. Walters wherein the Cove Creek Park facilities were discussed.

Email dated 28 July 2005 from Mr. Thomas Park transmitting a memorandum concerning a meeting with Mr. Walters that included discussion of NEPA requirements and Cove Creek Park.

News Release No. 125-01 seeking comments on Draft Environmental Assessment and Draft Finding of No Significant Impact concerning Cove Creek Marina.

Email from Mr. Tommy Park to Mr. Anthony Ragar concerning 5-year master plan for development of Cove Creek.

Letter dated 6 July 2001 from Mr. Ronnie Walters to Mr. Anthony Ragar transmitting 5-year master plan for development of Cove Creek.

Email from Mr. Tommy Park dated 9 April 2001 expressing concerns regarding the Cove Creek marina site.

Final Environmental Assessment, Cove Creek Marina, Greers Ferry Lake, Arkansas dated November 2002.

**Request for Production No. 16: Please provide copies of all documents evidencing efforts by you to acquire funding for the development of Cove Creek.**

Response: Among the materials previously furnished by the defendant, the following items are again provided and are specifically directed to the plaintiff's attention:

An estimate of the cost for providing facilities at Cove Creek Park, dated 2 February 1999, prepared by Mr. Tommy Park.

A Fact Sheet dated 4 March 1999 from the Real Estate Division of the Little Rock District, discussing funding requirements for facilities at Cove Creek Park.

An email from Mr. Tommy Park to Ms. Beverly Matthews dated 11 March 1999 detailing a telephone conversation with an aide from Senator Tim Hutchinson's office regarding funding for Cove Creek Park.

A series of email messages, all dated 19 March 1999, concerning the amount of A request for a congressional add for Cove Creek Park, and mentioning the possibility that allocated funds might be used.

An "Issue Paper" dated 1 April 1999 indicates that approval was received from HQUSACE to proceed with a 25 year lease to Mr. Walters IAW the MOU. It also discussed the lessee's contact with Senator Hutchinson concerning funding for facilities at Cove Creek Park and stated that a fact sheet had been forwarded to Senator Hutchinson concerning the funding requirements of the project.

An Issue Paper dated 1 July 1999 from the Real Estate Division of the Little Rock District, discussing lessee's contact with Senator Hutchinson concerning funding for facilities at Cove Creek Park and stating that a fact sheet had been forwarded to Senator Hutchinson concerning the funding requirements of the project.

A Fact Sheet dated 1 July 1999 from the Real Estate Division of the Little Rock District, discussing funding requirements for facilities at Cove Creek Park.

A DA Form 751, telephone conversation record dated 25 August 1999 by Mr. Billy Cabe regarding a conversation with an aide to Senator Blanche Lincoln.

An "Issue Paper" dated 27 January 2000 indicates that approval was received from HQUSACE to proceed with a 25 year lease to Mr. Walters IAW the MOU. It also discussed the lessee's contact with Senator Hutchinson concerning funding for facilities at Cove Creek Park and stated that a fact sheet had been forwarded to Senator Hutchinson concerning the funding requirements of the project.

A Fact Sheet dated 1 February 2000 regarding new facilities for Cove Creek Park on Greers Ferry Lake. It proposed a budget request for $1,150,000 for FY 2000.

A Fact Sheet dated 9 February 2000 regarding new facilities for Cove Creek Park on Greers Ferry Lake. It proposed a $360,000 allocation for FY 2000 and a budget request for $1,510,000 for FY 2001.

A Fact Sheet dated 17 July 2000 regarding new facilities for Cove Creek Park on Greers Ferry Lake. It proposed a $360,000 allocation for FY 2000 and a budget request for $1,510,000 for FY 2001.

An "Issue Paper" dated 24 August 2000 indicating that the Corps had taken scarce O&M funds for the design of facilities at Cove Creek Park, and stating that whether construction begins in FY 2001 depends on whether congressional add-on funding was provided.

Two pages of emails from March/April 2001 concerning budgeting and reprogramming for acquisition of facilities at Cove Creek Park and discussing a proposal that HQUSACE provide $250,000 for that purpose.

Email from Mr. Carlos Aguilar dated 15 December 2004 discussing the lack of available funds from HQUSACE for providing facilities at Cove Creek Park.

On 18 March 2008 Congressman Marion Berry provided the plaintiff documents evidencing his efforts to obtain an appropriation for facilities at Cove Creek Park.

An Issue Paper dated 31 January 2003 prepared at HQUSACE regarding a $2,575,000 budget request for Cove Creek for FY 2004.

A Fact Sheet dated 27 January 2001 regarding facilities for Cove Creek Park on Greers Ferry Lake. It proposed a $260,000 allocation for FY 2000, a $100,000 allocation for FY 2001 and a budget request for $2,400,000 for FY 2002.

Three documents prepared by HQUSACE entitled FY__ MRFS Greers Ferry Lake, Arkansas Operations and Maintenance, dated 28 March 2002, 1 April 2002 and 4 June 2003.

**Request for Production No. 17: Please provide copies of all documents evidencing budgeting or allocation of funds for the development of Cove Creek.**

Response: Among the materials previously furnished by the defendant, the following items are again provided and are specifically directed to the plaintiff's attention:

A Fact Sheet dated 4 March 1999 from the Real Estate Division of the Little Rock District, discussing funding requirements for facilities at Cove Creek Park

A Fact Sheet dated 1 July 1999 from the Real Estate Division of the Little Rock District, discussing funding requirements for facilities at Cove Creek Park.

A Fact Sheet dated 9 February 2000 regarding new facilities for Cove Creek Park on Greers Ferry Lake. It proposed a $360,000 allocation for FY 2000 and a budget request for $1,510,000 for FY 2001.

A Fact Sheet dated 17 July 2000 regarding new facilities for Cove Creek Park on Greers Ferry Lake. It proposed a $360,000 allocation for FY 2000 and a budget request for $1,510,000 for FY 2001.

An "Issue Paper" dated 24 August 2000 indicating that the Corps had taken scarce O&M funds for the design of facilities at Cove Creek Park, and stating that whether construction begins in FY 2001 depends on whether congressional add-on funding was provided.

Contract DACA03-97-D-0004 A-E Design, Design Schedule CDS 99-13, SWL 414-R, 4 pages, for design of facilities relocation to Cove Creek Park, using FY 2000 funds.

Print-outs from powerpoint presentations on budget requests for the Greers Ferry Project Office, FY 01 – FY 06 – 17 pages.

An Issue Paper dated 31 January 2003 prepared at HQUSACE regarding a $2,575,000 budget request for Cove Creek for FY 2004.

A Fact Sheet dated 27 January 2001 regarding facilities for Cove Creek Park on Greers Ferry Lake. It proposed a $260,000 allocation for FY 2000, a $100,000 allocation for FY 2001 and a budget request for $2,400,000 for FY 2002.

Three documents prepared by HQUSACE entitled FY__ MRFS Greers Ferry Lake, Arkansas Operations and Maintenance, dated 28 March 2002, 1 April 2002 and 4 June 2003.

**Request for Production No. 18: Please provide copies of all documents in any way discussing the availability or possibility of funding for Cove Creek including, but not limited to, budget requests.**

Response: Among the materials previously furnished by the defendant, the following items are again provided and are specifically directed to the plaintiff's attention:

A Fact Sheet dated 5 January 1999 from the Real Estate Division of the Little Rock District, setting out a chronology of events leading up to an agency proposal concerning the Eden Isle Marina leasehold.

An estimate of the cost for providing facilities at Cove Creek Park, dated 2 February 1999, prepared by Mr. Tommy Park.

An "Issue Paper" dated 1 March 1999 indicates that approval was requested from HQUSACE to proceed with a 25 year lease to Mr. Walters IAW the MOU "as funds become available".

A Fact Sheet dated 4 March 1999 from the Real Estate Division of the Little Rock District, discussing funding requirements for facilities at Cove Creek Park.

An email from Mr. Tommy Park to Ms. Beverly Matthews dated 11 March 1999 detailing a telephone conversation with an aide from Senator Tim Hutchinson's office regarding funding for Cove Creek Park.

A series of email messages, all dated 19 March 1999, concerning the amount of A request for a congressional add for Cove Creek Park, and mentioning the possibility that allocated funds might be used.

An "Issue Paper" dated 1 April 1999 indicates that approval was received from HQUSACE to proceed with a 25 year lease to Mr. Walters IAW the MOU. It also discussed the lessee's contact with Senator Hutchinson concerning funding for facilities at Cove Creek Park and stated that a fact sheet had been forwarded to Senator Hutchinson concerning the funding requirements of the project.

An Issue Paper dated 1 July 1999 from the Real Estate Division of the Little Rock District, discussing lessee's contact with Senator Hutchinson concerning funding for facilities at Cove Creek Park and stating that a fact sheet had been forwarded to Senator Hutchinson concerning the funding requirements of the project.

A Fact Sheet dated 1 July 1999 from the Real Estate Division of the Little Rock District, discussing funding requirements for facilities at Cove Creek Park.

A DA Form 751, telephone conversation record dated 25 August 1999 by Mr. Billy Cabe regarding a conversation with an aide to Senator Blanche Lincoln.

An "Issue Paper" dated 27 January 2000 indicates that approval was received from HQUSACE to proceed with a 25 year lease to Mr. Walters IAW the MOU. It also discussed the lessee's contact with Senator Hutchinson concerning funding for facilities at Cove Creek Park and stated that a fact sheet had been forwarded to Senator Hutchinson concerning the funding requirements of the project.

A Fact Sheet dated 9 February 2000 regarding new facilities for Cove Creek Park on Greers Ferry Lake. It proposed a $360,000 allocation for FY 2000 and a budget request for $1,510,000 for FY 2001.

A Fact Sheet dated 17 July 2000 regarding new facilities for Cove Creek Park on Greers Ferry Lake. It proposed a $360,000 allocation for FY 2000 and a budget request for $1,510,000 for FY 2001.

An "Issue Paper" dated 24 August 2000 indicating that the Corps had taken scarce O&M funds for the design of facilities at Cove Creek Park, and stating that whether construction begins in FY 2001 depends on whether congressional add-on funding was provided.

A fax cover sheet and a Memorandum from the Chief of the Programs Management Division, Civil Works, at HQUSACE, dated 06 December 2000 sent through the Southwestern Division to the Commander of the Little Rock District, directing reprogramming of sufficient O&M funds in FY 2000 to complete design and initiate construction of the facilities at Cove Creek Park.

Two pages of emails from March/April 2001 concerning budgeting and reprogramming for acquisition of facilities at Cove Creek Park and discussing a proposal that HQUSACE provide $250,000 for that purpose.

Email from Tommy Park dated 9 April 2001 concerning whether or not O&M funds can properly be obligated for construction of facilities at Cove Creek Park.

Email from Mr. Carlos Aguilar dated 20 October 2004 requesting details on the cost of providing facilities at Cove Creek Park and current status of the project.

Email from Brinda Jackson dated 21 October 2004 to Mr. Carlos Aguilar concerning the cost to provide facilities at Cove Creek Park and the failure of HQUSACE to provide funds.

Email from Mr. Carlos Aguilar dated 15 December 2004 discussing the lack of available funds from HQUSACE for providing facilities at Cove Creek Park. Contract DACA03-97-D-0004 A-E Design, Design Schedule CDS 99-13, SWL 414-R, 4 pages, for design of facilities relocation to Cove Creek Park, using FY 2000 funds.

Thirteen pages of historical O&M budget data, FY 97 through FY 2006

Print-outs from powerpoint presentations on budget requests for the Greers Ferry Project Office, FY 01 – FY 06 – 17 pages.

An Issue Paper dated 31 January 2003 prepared at HQUSACE regarding a $2,575,000 budget request for Cove Creek for FY 2004.

A Fact Sheet dated 27 January 2001 regarding facilities for Cove Creek Park on Greers Ferry Lake. It proposed a $260,000 allocation for FY 2000, a $100,000 allocation for FY 2001 and a budget request for $2,400,000 for FY 2002.

Three documents prepared by HQUSACE entitled FY__ MRFS Greers Ferry Lake, Arkansas Operations and Maintenance, dated 28 March 2002, 1 April 2002 and 4 June 2003.

Email from Michael Miller to Thomas P. Risher dated 20 September 2000 regarding budgeting for Cove Creek facilities and what is "deferrable".

**Request for Production No. 19: Please provide copies of all documents evidencing the expenditure of funds by you in any way related to the development of Cove Creek.**

Response: Among the materials previously furnished by the defendant, the following items are again provided and are specifically directed to the plaintiff's attention:

A Fact Sheet dated 9 February 2000 regarding new facilities for Cove Creek Park on Greers Ferry Lake. It proposed a $360,000 allocation for FY 2000 and a budget request for $1,510,000 for FY 2001.

A Fact Sheet dated 17 July 2000 regarding new facilities for Cove Creek Park on Greers Ferry Lake. It proposed a $360,000 allocation for FY 2000 and a budget request for $1,510,000 for FY 2001.

An "Issue Paper" dated 24 August 2000 indicating that the Corps had taken scarce O&M funds for the design of facilities at Cove Creek Park, and stating that whether construction begins in FY 2001 depends on whether congressional add-on funding was provided.

Contract DACA03-97-D-0004 A-E Design, Design Schedule CDS 99-13, SWL 414-R, 4 pages, for design of facilities relocation to Cove Creek Park, using FY 2000 funds.

Expenditures at Greers Ferry Project Office, FY 99 thru FY03

**<u>Request for Production No. 20:</u> Please provide copies of all documents in any way addressing your meeting with Senators Pryor and Bumpers on or about June 3, 1996.**

<u>Response</u> Among the materials previously furnished by the defendant, the following items are again provided and are specifically directed to the plaintiff's attention:

A letter dated 26 July 1996 from Colonel P.S. Morris to Senator Dale Bumpers concerning development of Eden Isle Marina.

**<u>Request for Production No. 21:</u> Please provide copies of all computerized, including but not limited to, Power Point presentations submitted by the Little Rock District of the Corps relating to funding or budgeting from 1996 to present.**

<u>Response:</u> In documentation provided in response to a June 17, 2006 FOIA request, the Little Rock District provided 17 pages of printed power point presentation material, 13 printed pages of text and one excel spreadsheet relating to funding or budgeting from 1996 to present. In a notebook binder captioned "Southwestern Division FY 02 Budget Testimony" the Little Rock District provided 288 pages of text relating to funding or budgeting from1996 to present. In a notebook binder captioned "Southwestern Division FY 03 Budget Testimony" the Little Rock District provided 249 pages of text and 195 pages of printed power point presentation material relating to funding or budgeting from1996 to present. In a notebook binder captioned "Southwestern Division FY 05 Budget Testimony" the Little Rock District provided 15 pages of text and 191 pages of printed power point presentation material relating to funding or budgeting from1996 to present. Also, in December 2007, Ms. Charlotte Hipp of the Greers Ferry Project Office provided the Greers Ferry 5 Year Major Items List and Budget Requests, which were subsequently provided to plaintiff's counsel. Provided with this response is a printed power point presentation by the Greers Ferry Project Office, which contains a page addressing "Important Issues" including budget issues.

**<u>Request for Production No. 22:</u> Please provide copies of all documents including reports, sent to or received from the Inspector General in any way related to complaints by Ronnie Walters or Eden Isle Marina or in any way related to the facts underlying this lawsuit or Eden Isle Marina.**

Response: In the Defendant's privilege log, items #2 and #3 identify an email and a memorandum referencing the Engineer Inspector General related to complaints by Ronnie Walters or Eden Isle Marina. Inquiries were sent to HQUSACE, the Southwestern Division and the Office of the Engineer Inspector General, inquiring as to documents responsive to Request for Production No. 22. No documents have been identified or furnished. The Defendant will treat Request for Production No. 22 as continuing.

Among the materials previously furnished by the defendant, the following items are again provided and are specifically directed to the plaintiff's attention:

An Issue Paper dated 12 July 2001 prepared by the Real Estate Division, which reports that the IG received a complaint from Mr. Ronnie Walters concerning funding for Cove Creek Park.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

MARK A. MELNICK
Assistant Director

/s ____________________
JOAN M. STENTIFORD
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 353-7995
Facsimile: (202) 514-8624

Counsel for Defendant

OF COUNSEL:
JAMES CULLUM
Assistant District Counsel
Little Rock District
U.S. Army Corps of Engineers
Little Rock, Arkansas

___________, 2008

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on the ____ day of _________, 2008, I caused copies of "DEFENDANT'S RESPONSES TO PLAINTIFF'S REQUESTS FOR PRODUCTION OF DOCUMENTS," to be sent by overnight delivery to:

Marian Major McMullan, Esq.
The McMullan Law Firm
815 W. Markham Street
P.O. Box 2839
Little Rock, Arkansas 72203

______________________________