<u>INTERROGATORY NO. 5:</u> From 1990 has the Little Rock District, or any other District in the Corps, terminated or threatened termination of a Marina's lease? If so, please:

a. Identify the marina, including name and address;

Sugarloaf Harbor Marina (Lead Hill Boat Dock)
P.O. Box 100
Lead Hill, Arkansas 72644

Tucker Hollow Boat Dock
P.O. Box 100
Lead Hill, Arkansas 72644

Shoal Bay Boat Dock
P.O. Box 55
New Blaine, Arkansas 72851

b. Fully and completely describe the reason for termination or threat of termination; The decision to revoke subject leases was due to multiple lease violations, including failure to provide requested documentation, nonpayment of rental and operating without liability insurance. These were repeated violations after the owners were put on notice of our intent to revoke the Sugarloaf Harbor Marina and the Tucker Hollow Boat Dock leases on May 23, 2007.

c. Identify the Corps office involved including the principal Corps representatives;

Little Rock District, Corps of Engineers
Mark Moore, Chief, Real Estate Branch

Little Rock District, Corps of Engineers
Mountain Home Project Office
Tracy Fancher, Operations Manager

EXHIBIT
tabbies
C

Little Rock District, Corps of Engineers
Donald E. Jackson, Jr.
Colonel, US Army, District Commander

d. Provide all documents summarizing the reason for termination or threat of termination; and

See attached.

e. If an adversarial proceeding or litigation was filed provide the style of the case, the Complaint, the Answer, and any dispositive findings, rulings, or orders.

See Attached.