**EXHIBIT F**
**THE CORPS' SPECIFIC DISCOVERY DEFICIENCIES WITH REGARD TO REQUESTS FOR ADMISSION**

Request for Admission No. 7: Please admit the Defendant has represented to Plaintiff that it could not build the access road to Cove Creek without a Congressional Add.

Response No. 7: *Defendant failed to respond.*

Request for Admission No. 8: In reference to the MOU, please admit the COE has represented to Plaintiff as to Cove Creek that it was Plaintiff's responsibility to procure the Congressional Add.

Response No. 8: *Defendant failed to respond.*

Request for Admission No. 9: Please admit that in the ordinary course of doing business with concessionaires, provided the concessionaires are in compliance with their lease obligations, the COE usually extends lease terms.

Response No. 9: *Defendant failed to respond.*

Request for Admission No. 10: Please admit the COE was aware prior to the date of the MOU that if it were to deny the development request by Plaintiff in 1998 the COE would be guilty of a material breach of contract.

Response No. 10: *Defendant failed to respond.*

Request For Admission No. 11: Please admit political influence does not excuse the COE from fulfilling its obligations.

Response No. 11: Objection. This request for admission contains vague and ambiguous terms and defendant cannot admit or deny it. Without waiving this objection, defendant states that it is an agency of the Government and its obligations are defined by statute and regulations. Defendant further states that it did not fail to meet any of its obligations to plaintiff.