**EXHIBIT G**
**THE CORPS' SPECIFIC DISCOVERY DEFICIENCIES WITH REGARD TO INTERROGATORIES**

Interrogatory No. 1: For each of the companion Request for Admissions which are not unequivocally admitted in whole, please state:

a. What parts are admitted;
b. What parts are denied;
c. Each and every reason for denial;
d. Provide the names, addresses and telephone numbers of all persons having knowledge of these facts;
e. Identify all documents which support your answer.

Response No. 1: Defendant's responses to plaintiff's requests for admissions speak for themselves as to what is admitted and denied. The individual with knowledge of the facts underlying defendant's responses are identified in the Government's initial disclosures provided to plaintiff in accordance with Rule 26 of the Rules of the Court of Federal Claims. All relevant documents will be made available for inspection and copying at the Office of the Army Corps of Engineers, in Little Rock, Arkansas, on or about January 8, 2008.

Interrogatory No. 4: Identify all persons known to you, your attorneys, or other representatives who have knowledge of the facts alleged or described in the pleadings, or of any of the facts relevant or material to the issues alleged in the Complaint and amendments thereto including, but not limited to, your Rule 26 disclosures.

Response No. 4: The individuals with knowledge of the facts relevant to plaintiff's allegations in the Complaint were previously identified in the Government's initial disclosures provided to plaintiff in accordance with Rule 26 of the Rules of the Court of Federal Claims. Defendant reserves the right to supplement this answer if and when additional individuals with relevant knowledge are identified.